# EXHIBIT D

## **EXHIBIT D**

Defendants advertised that they have millions of members in no less than 68 countries.

From: http://kuksoolwon.or.kr/

Advertisement showing 68 countries

Kuk Sool Defendants boasting 6.5 million members in 68 countries.





The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **25th** day of **July, 2023**

I, **Hyunji Lee** ( ), hereby certify that I translated the attached document from Korean into English or English into Korean and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Korean and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Korean-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*



Spreading to the World… Our Martial Art, Kuk Sool

Designation of Recognition Body of Police Martial Arts Gasan Branch

Concluded Sisterhood Agreement between Kuksulwon branches in **68** countries around the world and affiliated branches of the foundation corporation Kuksulwon!



## 인 / 사 / 말



세계국술협회 총재 국사
**서 인 혁**

친애하는 국술인들 그리고 참석하신 모든 분께 인사드립니다.

청운의 뜻을 품고 우리 전통무예 '국술'을 창시한 지가 엊그제 같은데 어느덧 창립 61주년을 맞게 되었습니다.

돌이켜보면 좌절과 절망의 시기도 많았지만 노력하는 사람만이 뜻을 이룬다는 집념으로 모든 어려운 날들을 헤쳐왔기에 오늘날 이렇게 세계적인 무예로 성장한 것이 아닌가 생각합니다. 이런 큰일들을 저 혼자만의 힘으로 할 수 없으며, 국술 태동부터 지금까지 수많은 분들이 저와 함께 하였기에 가능한 일이었습니다. 이 자리를 빌려 모든 분께 감사의 말씀을 드립니다.

이러한 우리들의 희생과 노력이 있었기에 이제 국술은 전세계 68개국 650만 이상의 회원을 보유한 세계적인 무예로 성장하였습니다.

이것은 사라져가는 우리의 소중한 문화자산인 무예를 되찾겠다는 의지와 우리 전통무예를 세계화하겠다는 국술인들의 헌신적인 노력의 결과였으며, 국술의 술기뿐만 아니라 전통을 바탕으로 한 정신의 무예, 예술의 무예, 정의 무예가 완벽하게 조화를 이루는 '무예의 극치'라는 찬사까지 받는 세계적인 무예가 되었습니다.

여기에 우리 국술원은 세계 어느 무예 단체도 하지 못한 술기, 도복, 국술 용어 통일과 현대 사회에서 가장 중요하다는 지적 재산권 제도 (특허, 디자인 특허, 프랜차이즈)를 완벽하게 만들었습니다. 이런 일들은 우리 국술의 가치를 높이고, 우리 무예 문화를 지키는 일이며, 대한민국의 문화의 질과 국부(재산권)를 지키는 일입니다. 이에 우리 국술인은 사명감을 가지고 더 많은 노력으로 민족의 자랑인 국술이 세계 최고의 무예가 되도록 노력합시다.

오늘 저의 국술원이 창립 61주년을 맞아 국술인의 대잔치인 국술 전국 대회를 개최하게 되었습니다. 2000년부터 계속 되어온 전국 대회는 국제적인 무예문화 브랜드로 성장한 공로와 실적을 인정받아 2011년 국술원 전국선수권 대회부터 현재까지 9년 연속 문화체육관광부 장관상을 획득하였습니다. 이런 큰일을 해낸 사단법인 국술원 실무자 회원 그리고 협회 관계자 여러분께 모든 영광을 드립니다.

끝으로 국술 또 우국의 발전을 위해 노력하시는 모든 분께 감사드리며 이런 큰 상을 주신 문화체육ㅇ ㅇ ㅇ관님, 그리고 국술이 힘찬 날개를 펼 수 있도록 매번 기회와 지원을 아끼지 않으 ㅇ ㅇ김해 시장님과 김해 시민 여러분께 다시 한 번 감사의 말씀을 드립니다.

감사합니다.



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **27th** day of **July, 2023**

I, **Hyunji Lee** (                              ), hereby certify that I translated the attached document from Korean into English or English into Korean and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Korean and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Korean-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.

## Greeting



[Photograph]

**In-Hyuk Seo,**
World Martial Arts
Association
President

Dear martial artists of the country and all those present.

It feels like just yesterday that we founded our traditional martial arts "National Martial Arts" with the set forth our ambitions, but now we celebrate our 61st anniversary.

Looking back, we faced many periods of frustration and despair, but with the determination that only those who strive can achieve their goals, we overcame all the difficult days and became a world-renowned martial art. It was not possible for me to achieve all of this alone, but rather it was made possible thanks to the numerous individuals who have been with me since the birth of national martial arts. I would like to take this opportunity to express my gratitude to all of you.

Thanks to the sacrifices and efforts of all of us, martial arts have grown into a global sport with over 6.5 million members in 68 countries.

This was the result of the determination to regain our precious cultural asset and the dedication of national martial arts to globalize our traditional martial arts. It has become a world martial art praised for its perfect harmony of traditional martial arts, traditional martial arts.

On top of that, the National Martial Arts Center has created the most important intellectual property system in modern society, "Patent, Design, and Franchise," which no martial arts organization in the world has ever done. These tasks are to increase the value of our national martial arts, protect our martial arts culture, and protect the quality of culture and national wealth (property rights) of Korea. Therefore, let's make more efforts to make national martial arts, the pride of the nation, become the world's best martial arts with a sense of duty as our national martial arts.

Today, my National Martial Arts Center will hold a national martial arts competition, a party of national martial artists, to mark the 61st anniversary of its foundation. The National Competition, which has continued since 2000 nun, has won the Minister of Culture, Sports and Tourism Award for nine consecutive years since the 2011 National Martial Arts Center National Championship in recognition of its growth and achievement as an international martial arts brand. I would like to give all the credit to the working-level members of the National Martial Arts Center and the association officials who have done such a great job.

Finally, I would like to thank the Minister of Culture, Sports and Tourism for this great award, and the Mayor of Gimhae and Gimhae citizens for their opportunities and support to spread the national martial arts.

Thank you.

11/17/2019
World Martial Arts Association President In-Hyuk Seo,



# EXHIBIT E

# EXHIBIT E



See attached news article about Kuk Sool Won instructor and school owner being
arrested on August 21, 2023 for possession of child pornography



Alvin area martial arts, gymnastics coach arrested on child pornography charges

WEATHER ALERT    A warning and 4 advisories in effect for 34 regions in the area

Ad

## LOCAL NEWS

# Alvin area martial arts, gymnastics coach arrested on child pornography charges

**Ninfa Saavedra**, Digital Content Specialist

Published: **August 24, 2023 at 4:41 PM**

Tags: Child Pornography, Crime, Alvin, Galveston County



*...f Child Pornography with a total bond of $225,000.00. (KPRC)*

8/25/23, 9:15 AM
Case 4:23-cv-03215    Document 55-2    Filed on 10/24/23 in TXSD    Page 13 of 39
Alvin area martial arts, gymnastics coach arrested on child pornography charges



☰ 2 | NEWS    WEATHER    KPRC 2+    INVESTIGATES    TRAFFIC    SPORTS    DISCOVER    HOUSTON LIFE

On Aug. 21, 2023, the Galveston County Sheriff's Office, along with members of the Homeland Security Investigations, United States Marshals Task Force, and Houston Metro Internet Crimes Against Children Task Force, executed a search warrant in the 500 block of Algoa-Friendswood Rd. in Alvin, Texas.

Trending Videos



NOW PLAYING
Liberty County...



Inside the colorful...



Police Release...



Suspect believed t...

Franklin Joseph Perkins, 39, three other adults, and three children were located on the property.

A search of the residence was conducted and child pornography was found.

Perkins was charged with three counts of possession of child pornography. His bond is set at $225,000.

Perkins is known to work with children in the Alvin area, coaching them in martial arts and gymnastics. Please contact the Galveston County Sheriff's Office at 409-766-2333 if you have any information related to this investigation.

*Copyright 2023 by KPRC Click2Houston - All rights reserved.*

**ABOUT THE AUTHOR:**



**Ninfa Saavedra**

✉ **email**

**More headlines:**



a 'Food Star'

ar-old boy screaming; tried to save child before he died

ath over affair allegations with his wife; couple charged with murder

# TEXAS



## Abilene

**Master Philip Sage**
2401 South 7th St.
Abilene
TX 79605

**WEBSITE**



## Alamo Heights

**Master Frankie Cade**
5225 Walzem Rd.
San Antonio
TX 78218



## Alvin

**Instructor Joseph Perkins**
900 FM 1462
Alvin
TX 77511

**WEBSITE**



## Baytown

**Master Tommy Nance**
2827 N Alexander Dr
Baytown
TX 77520



## Brownsville

**Master Raul Sosa**
1601 East Alton Gloor Boulevard, #110
Brownsville
TX 78526

**WEBSITE**



## Clear Lake

**Master Barry Harmon**
15230 Hwy 3
Webster
TX 77598

# EXHIBIT F

# EXHIBIT F



MINUTES OF THE COUNTY CRIMINAL COURT AT LAW NO. *11* OF HARRIS COUNTY, TEXAS

CHANGE OF VENUE FROM:

AT THE *October* TERM, A.D. 19 *97*

**BILL OF COSTS**

PAYMENT TYPE: _____ (S, I, D, H, OR L) FLO: _____ PAYABLE ON OR BEFORE: _____
JAIL AS A TERM OF PROBATION: _____ S/D/M/Y CONDITION OF PROB JAIL CREDIT: _____ B/D/M/Y:
REWARD SPB: _____ COC: _____
NUM OF SENTENCE TO BE SERVED BY PERFORMING COMMUN SERVICE IN LIEU OF TIME/FINE/COSTS.
DEFENDANT TO SERVE SENTENCE BY ELECTRONIC MONITORING? (T OR H): _____
NOTES TO SHERIFF:

| | $ | |
|---|---|---|
| Fine Amount | | |
| Crime Stoppers | 2 | 00 |
| C.J.P.F. | 10 | 00 |
| L.E.O.S.E.F. | 1 | 50 |
| C.V.C.F. | 35 | 00 |
| J.C.T.F. | 1 | 00 |
| Judicial Fund Fee | 10 | 00 |
| Misd Costs | 2 | 50 |
| FTA Fee | | |
| Miscellaneous | | |
| Attorney Fee | | |
| Rehabilitation Fund | | |
| Child Safety Fund | | |
| Amt Probated/Waived or Prev Paid | | |
| TOTAL AMOUNT OWED | | |

RECORDER'S MEMORANDUM.
This instrument is of poor quality
and not satisfactory for photographic
recordation; and/or alterations were
present at the time of filming.

Sentence to Begin _____

Jail Credit _____

THE STATE OF TEXAS        NO. *9732424*

VS. *Inglwood Alex*        Date of Order   OCT 27 1997 , 19 _____
*Sun*

Attorney for State   : Asst Dist. Atty. *Biggar*
Attorney for Defendant : *Fieota* [ ] Appointed [x] Retained
Waiver of Attorney [ ]        The Defendant knowingly, intelligently and voluntarily
Offense:                       waived the right to representation by counsel
*Assault*

Plea to                                  Plea to
Offense: NOLO CONTENDERE/GUILTY          Enhancement:
Affirmative Findings:     [ ] Family Violence    [ ] Bias or Prejudice
Findings on Enhancement   The Defendant is the same person _____ previously convicted
(Second Offender)         of _____ as alleged in the information.

Punishment        Fine of $ *100.00*                    Adjudication of Guilt
                  Deferred for a period of *one* days/month/years

COURT ORDERED FINE AND/OR COSTS OF $ _____ PAID AS FOLLOWS:
[ ] At the rate of $ _____ per month, first payment due _____ and on the same day of each month thereafter until satisfied.
[ ] Fine in the amount of $ _____ due on _____ and costs in the amount of $ _____ due on _____
[ ] Fine in the amount of $ _____ at the rate of $ _____ per month beginning _____ and court costs in the amount of
    $ _____ at the rate of $ _____ per month beginning _____
[ ] Fine and Costs at the rate of $ _____ on or before _____ and the balance of $ _____ on or before _____
[ ] Attorney fees in the amount of $ _____ at the rate of $ _____ per month beginning _____
[ ] Fine in the amount of $ _____ due _____ and remainder at the rate of $ _____ per month beginning _____
[ ] Costs in the amount of $ _____ due _____ and remainder at rate of $ _____ per month beginning _____
[ ] Court ordered fine/costs of $ _____ in amount of $ _____ due _____ and remainder at rate of $ _____ per month
    beginning _____

Date of Offense: *8-5-97*            Credit: *0*           day(s) confinement in jail

ENTERED *13/01/999*
VERIFIED *10*

Order of Deferred Adjudication
CCCL-11 REV-24-95

A223PP0462

---

The Defendant having been charged in the above entitled and numbered cause for the misdemeanor offense shown above, and this cause being this day called for trial, the State appeared by her District Attorney as named above and the Defendant named above, appeared in person and either by Counsel as shown above or waived counsel as indicated above, and both parties announced ready for trial.  The said Defendant elected to proceed under Article 42.12, Sec. 5 of the Code of Criminal Procedure and in open Court, the Defendant knowingly, intelligently, voluntarily and expressly waived trial by jury.  Thereupon the Defendant waived arraignment and formal reading of the information and plead as indicated above to the charge indicated above.  The trial proceeded before the Court, and after the evidence was submitted and the argument of counsel thereon, the Court found that such evidence substantiates the Defendant's guilt in this cause, and further found that the best interests of society and of the Defendant would be served by deferring proceedings without entering an adjudication of guilt and placing the Defendant on probation in this cause.  Further, the Court finds the Pre-Sentence Investigation, if so ordered, was done according to the applicable provisions, Art. 42.12, Sec. 9.

On this the _____ day of _____, A.D., 19___, the court reset this cause to the _____ day of _____, A.D. 19 _____ for Deferral of Adjudication of Guilt and Probation.

On the _____ day of _____, A.D., 19___, it is therefore CONSIDERED, ORDERED and ADJUDGED that in accordance with Article 42.12, Section 5 of the Code of Criminal Procedure, no judgment shall be entered in this cause and that the Defendant be, and is hereby placed on probation in this cause for a period of _ONE_ days/months/years from this date pending his/her abiding by and not violating the following terms and conditions of probation approved by this court and attached as a part of this judgment herewith.

[  ]  It is ordered by the court, weapon(s) seized in this case are hereby forfeited.

And Credit the defendant as indicated above.

PROBATION EXPIRES _10·26_, 19_98_

Signed and entered this the _____ day of _OCT 2 7 1997_, A.D., 19___

NOTICE OF APPEAL GIVEN:_____, 19___
MANDATE RECEIVED:_____, 19___

_____, County Criminal Court at Law No. _11_ of Harris County, Texas

Defendant's Right Thumb Print

**TO BE COMPLETED ONLY WHEN IMPOSITION OF SENTENCE SUSPENDED AND DEFENDANT GRANTED PROBATION
CLERK OF THIS COURT FURNISHED THE PROBATIONER WITH A COPY OF THE TERMS AND CONDITIONS OF PROBATION

_____
Signature of Defendant

STATE OF TEXAS
COUNTY OF HARRIS

I, CHARLES BACARISSE, District Clerk of Harris County, Texas do hereby certify that the above and foregoing is a true and correct copy of the Judgment and Bill of Costs in the foregoing numbered and styled cause, as same appears of record in my office.

TO THE SHERIFF OF HARRIS COUNTY TEXAS, GREETINGS:
HEREIN FAIL NOT, but of this Writ make due return, as the law directs, showing how you have executed the same TO CERTIFY ALL OF WHICH, Witness my hand and Seal of said Court in Houston, Texas, this the _____ day of _OCT 2 7 1997_, 19___

CHARLES BACARISSE, District Clerk
Harris County, Texas

By_____, Deputy

*********************************SHERIFF'S RETURN*********************************
THE STATE OF TEXAS vs.
Came to hand this the _____ day of _____, 19___, Commitment assessing punishment at _____ Fine and _____ in Harris County Jail, and Executed this _____ day of _____ 19___, by placing _____
IN JAIL:
Commitment satisfied as follows:
Credit allowed by Court _____      Made Trusty _____
Jail Time Starts_____              Credit for Good Time _____
Jail Time Up _____ Due Out _____   Jail Time Up _____ Due Out _____
Released from Jail _____           Good Time Taken Away _____
Date Fine and/or Costs Paid _____  Released from Jail _____
Other Remarks: _____               Credit Allowed by Sheriff _____ Days

SHERIFF, Harris County, Texas

By:_____, Deputy

Order of Deferred Adjudication
CCCL-81 R04-24-95

A2237P0463

CAUSE NO. <u>9732424</u>

| | |
|---|---|
| THE STATE OF TEXAS | IN COUNTY CRIMINAL COURT |
| VS. | AT LAW NO. 11 |
| <u>SUNGWOOD ALEX SUH</u> | OF HARRIS COUNTY, TEXAS |

## CONDITIONS OF COMMUNITY SUPERVISION

On this the <u>27th</u> day of <u>OCTOBER</u>, <u>1997</u> the defendant being granted <u>1 Year</u> probation for the misdemeanor offense of <u>ASSAULT</u> in accordance with section <u>5</u> of Article 42.12 of the Texas Code of Criminal Procedure is hereby ordered to abide by all of the following conditions and terms of probation during the period of community supervision.

(1)  Abide by both the rules and regulations of the Harris County Community Supervision and Corrections Department (hereinafter referred to as HCCS&CD), and the following conditions of probation during the term of probation

(2)  Commit no offense against the laws of this State or of any other State or of the United States.

(3)  Avoid injurious or vicious habits. You shall not use, possess, or consume any controlled substance, narcotic, dangerous drug or marijuana unless prescribed pursuant to a lawfully written physician's order of prescription; to wit:  NO ALCOHOLIC BEVERAGES.

(4)  Avoid persons or places of disreputable or harmful character, specifically:  _____

(5)  Report in person to the probation officer for the Harris County Criminal Court at Law #11 on the <u>27th</u> day of <u>OCTOBER</u>, 1997 and continue to report to the community supervision officer on the <u>27th</u> of each month thereafter **or as directed by the probation officer** for the remainder of the probation unless so ordered differently by the Court.

(6)  Permit your probation officer to visit you at your home, employment or elsewhere.

(7)  Work faithfully at suitable employment and present written verification of employment, (including all attempts to secure employment), to your probation officer on each reporting date.

(8)  Remain within a specified place, to-wit: the State of Texas. Notify the probation officer orally and in writing of any change in your home address within 48 hours of the change. You are not to travel outside of the State of Texas without first receiving prior written permission from the Court through your probation officer.

(9)  Support your dependents as provided by law. Provide your supervision officer with a certified copy of any and all Court orders requiring payment of child support.

(10) Pay the following fees through HCCS&CD as specified herein. All payments MUST be in the form of a money order or cashier's check. Personal checks will not be accepted.

   11.1   Pay a Supervision Fee at the rate of $40.00 per month for the duration of your community supervision beginning 11-27-97 to HCCS&CD.

(11) Pay $100.00 Restitution IN FULL ON 11-27-97, through HCCS&CD to: GARRETT ROBERTSON

(12) Submit yourself to urine specimen analysis RANDOMLY by authorized personnel for the HCCS&CD including any department with courtesy supervision jurisdiction and reveal to said authorized personnel proof of any medication legally prescribed for you prior to submitting a specimen.

(13) Participate in a community service program, Community-Service Restitution administered through the HCCS&CD. You shall perform a total of 60 hours at the rate of 10 hours per month beginning 11-27-97.

(14) Refrain from disorderly conduct, abusive language or disturbing the peace while present at any HCCS&CD office or facility.

(15) Abide by Maximum Supervision guidelines if at any time it is assessed by HCCS&CD that you require maximum supervision.

(18) Participate in an evaluation and treatment counseling program through a ANGER MANAGEMENT treatment program beginning 12-27-97 until successfully discharged.

V2237P0465

You are hereby advised that under the law of this State, the court shall determine the terms and conditions of probation, and may at any time during the probation, alter or modify the conditions of probation.

The court also has the authority at anytime during the period of probation to revoke the probation when a preponderance of the evidence establishes a violation of one or more of the conditions set forth above. The Clerk of the Court has furnished me with a copy of the terms and conditions of probation.

Signed and Entered this the 27th day of OCTOBER, A.D. 1997

Probation expired the 26TH day of OCTOBER, A.D. 1998

Signature of SUNGWOOD ALEX SUH

Judge DIANE BULL

LAUREN ANDERSON Court Liaison Officer



Defendant's Right
Thumbprint

SPN# 01610573

Plea: NO CONTEST

Y2237P0466

EXHIBIT F, Page 5
TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT
Case No. 4:23-cv-03215
SUNG JIN SU v. WORLD KUK SOOL ASSOCIATION, INC., et al.

# EXHIBIT G

# EXHIBIT G

## (redacted by Plaintiff to preserve victim's privacy)

MCSO- Montgomery County Sheriff's Office

**INCIDENT/OFFENSE REPORT**

1 Criminal Justice Way, Conroe, TX, 77301 - 936-760-5971

Tommy Gage
Sheriff

Case Number
**09A013824**

| Incident ID | Incident Rad Date | Received Time | Re calcothe th od | Received By |
|---|---|---|---|---|
| G 09022213 | 07/31/2009 | 11:14am | 1 | SAH |

| Nature of Call Reported | Initial Call Reported By | Dispatched To |
|---|---|---|
| **SEXUAL ASSAULT PAST** | ▮▮▮▮ | **DIST 4 EXT 7864** |

| Officer(s)/Unit(s) Assigned | Date Notified | Dispatch | Arrive | Clear | Total | Disposition |
|---|---|---|---|---|---|---|
| 01007698-VEITH, KRISTY M. ( | 07/31/2009 | 11:18 | 12:13 | 13:43 | 02:25 | SEE REPORT |

| Investigator Assigned | All/Compl | Area | Subdiv/Unit |
|---|---|---|---|
| 01004501-SCLIDER, JOSEPH E | COMPLETED | 4 | 212U |

| Incident/Offense Date | Incident/Offense Time | UCR Code | Status | Stat Date |
|---|---|---|---|---|
| 08/10/2009-06/01/2009 | 08:00am-08:00am | B | REFERRED TO DISTRICT AT | 09/01/2009 |

| Incident/Offense Address | City, State & Zip Code |
|---|---|
| 37937 FM 1774 | MAGNOLIA, TX 77355 |

| Entry Point | Exit Point | Weapon/Force Used | Evidence Collected |
|---|---|---|---|
| | | **BODY PARTS** | |

| Inst/Off Code | Incident/Offense Description |
|---|---|
| 1199000  1 | SEXUAL ASSAULT |

| CATEGORY | CLASS | QTY | DESCRIPTION OF ITEM(S) | ESTIMATED VALUE | NCIC | DISP |
|---|---|---|---|---|---|---|
| | | | | | | |

Grand Total Recovered

Grand Total Stolen

| YEAR | MAKE | MODEL | STYLE | COLOR | LICENSE | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | |

| CONNECTION | NAME & ADDRESS | TELEPHONE | DESCRIPTION/IDENTIFICATION |
|---|---|---|---|
| Complainant | ███████████ | | W F 507 115 ▮▮ 90 |
| Complainant | ███████████ | | |
| Witness | ███████████ | | A F ( |

MCSO- Montgomery County Sheriff's Office
**INCIDENT/OFFENSE SUPPLEMENT**
1 Criminal Justice Way, Conroe, TX 77301- 936-760-5871

Tommy Gage
Sheriff

Case Number
**09A013824**

| Investigator Assigned | Att/Com'l | Area | Subdiv/Grid |
|---|---|---|---|
| 01004S01-SCLIDER, JOSEPH E | COMPLETED | 4 | 212U |

| Incident/Offense Date | Incident/Offense Time | UCR Code | Status | Stat tus Date |
|---|---|---|---|---|
| 08/10/2009-06/01/2009 | 08:00am-08:00am | 8 | REFERRED TO DISTRICT AT | 09/01/2009 |

| Incident/Offense Address | City, State & Zip Code |
|---|---|
| 37937 FM 1774 | MAGNOLIA, TX 77355 |

| Inc/Off Code | Incident/Offense Description |
|---|---|
| | |

| CATEGORY | CLASS | QTY | DESCRIPTION OF ITEM(S) | ESTIMATED VALUE | NCIC | DISP |
|---|---|---|---|---|---|---|
| | | | | | | |

| GRAND TOTAL RECOVERED | | | GRAND TOTAL STOLEN | | | |

| YEAR | MAKE | MODEL | STYLE | COLOR | LICENSE | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | |

| CONNECTION | NAME & ADDRESS | TELEPHONE | DESCRIPTION/IDENTIFICATION |
|---|---|---|---|
| Witness | ██████████████ | | W F |
| Suspect | SUH, SUNG WOO ALEX<br>███████████<br>CYPRESS, TX 77429 | H:281-███<br>W:832 | W M 510 200<br><br>Alias: ALEX |

© 1997, The Sullivane Group, Inc.

**Montgomery County Sheriff's Office**
**Supplement**

CASE NUMBER: 09A013824
SYNOPSIS: Polygraph Test
OFFENSE:SEXUALASSAULT
CAD NATURE: SEXUAL ASSAULT PAST
COMPLAINANT:
WITNESS: ███████████
DEFENDANT/SUSPECT: SUH, SUNG WOO ALEX

**SUPPLEMENT SECTION**

On September 1, 2009, I, Lieutenant J.E. Sclider contacted Sergeant (Sgt.) J.D. Thomas in reference to this case. It should be noted that I had talked to Sgt. Thomas earlier about scheduling a polygraph test for the suspect. I advised Sgt. Thomas that I would be transferring to another division and needed to close this case. I was told to type the report, to a point where Sgt. Thomas could attach the polygraph report results and then forward this case to the District Attorneys (DA's) Office. It is my understanding that Sgt. Thomas will forward this case to the DA's Office along with the polygraph test results when complete. The polygraph test is tentatively scheduled for Friday, September 4, 2009.

**CONCLUSION**

Case Referred to the DA's Office for review.

p. 13

MONTGOMERY COUNTY SHERIFF'S OFFICE
INCIDENT REPORT

☐ ORIGINAL   PAGE 1 OF 5

ENTERED
8/10  CASE # 09A013824
INC #

| OFFENSE TYPE | Sexual Assault | | | | GRADE | F/2 | |
|---|---|---|---|---|---|---|---|
| ADDRESS | 37937 | STREET | FM 1774 | ALT | | CITY ZIP | Magnolia,TX 77355 |
| DISTRICT | 4 | MAP | 212U | INTERSECTION | Boyette | WEATHER | Rainy | DATE 07/31/09 | TIME | 1130 |
| BEGIN DATE | 08/10/08 | TH X | 0800 | TO | END DATE | 06/01/09 | TIME | 0800 | DEPUTY | K. Krokzyk | BADGE | 7898 |

BUSINESS / ORGANIZATION INVOLVED        C = COMPLAINANT       D = OCCURRED AT

| CODE O 01 | NAME | Kuk Sool Won Martial Arts | | | BUSINESS TYPE | Korean Martial Arts |
|---|---|---|---|---|---|---|
| ADDRESS | 37937 | STREET | FM 1774 | ALT | CITY/ST/ZIP | Magnolia, TX 77355 |
| 1ST PHONE | 832-934■■■ | 2ND PHONE | | CONTACT PERSON | Sung Woo Suh |

PERSONS INVOLVED        C= COMPLAINANT       R = REPORTEE       W= WITNESS       X =ASSOCIATE
                        S= SUSPECT          A= ARRESTED        M= MISSING        J = RUNAWAY

| CODE  C 01 | LAST NAME | ■■■ | FIRST NAME | ■■■ | MIDDLE NAME | ■■■ |
|---|---|---|---|---|---|---|
| RACE | W | SEX | F | DOB | ■■■ /90 | AGE | 18 | P.O.B. | | TX |
| ADDRESS | | STREET | | | ALT | |
| CITY | ■■■ | STATE | TX | ZIP | ■■■ | CELL PHONE | ■■■ |
| OCCUPATION | | EMPLOYER | ■■■ | WORK PHONE | |
| JUVENILE | NO | HISPANIC | ■■■ | SCHOOL NAME | | GRADE | |

CAUTION NOTES

| NICKNAME | | ALIAS | | |
|---|---|---|---|---|
| ASSOC | ████████████████████ | | | TOA |
| WT | | | | |
| HAIR | | | | |

| LAST SEEN AT | | | DATE | TIME |
|---|---|---|---|---|
| FACIAL HAIR | | SMT | | WEAPON |
| DL # | | ST | EXP | SOC SEC # | ■■■ | MENTAL |

| CODE | LAST NAME | | FIRST NAME | | MIDDLE NAME | |
|---|---|---|---|---|---|---|
| RACE | | SEX | | DOB | | AGE | | P.O.B. | | |
| ADDRESS | | STREET | | | ALT | |
| CITY | | STATE | | ZIP | | CELL PHONE | |
| OCCUPATION | | EMPLOYER | | WORK PHONE | |
| JUVENILE | NO | HISPANIC | NO | SCHOOL NAME | | GRADE | |

CAUTION NOTES

| NICKNAME | | ALIAS | | PROFILE | |
|---|---|---|---|---|---|
| ASSOCIATE 1 | | TOA | | ASSOCIATE 2 | | TOA |
| WT | HT | EYE | GLASSES | BUILD | COMPLEX | TEETH | SPEECH |
| HAIR COLOR | LENGTH | STYLE | CLOTHING | | | |

| LAST SEEN AT | | | DATE | TIME |
|---|---|---|---|---|
| FACIAL HAIR | | SMT | | WEAPON |
| DL # | | ST | EXP | SOC SEC # | | MENTAL |

MONTGOMERY COUNTY SHERIFF'S OFFICE
INCIDENT REPORT

PAGE __2__ OF __5__

CASE # 09A013824

INC #

| CODE | S 01 | LAST NAME | Suh | FIRST NAME | Sung Woo | MIDDLE NAME | Alex |
|---|---|---|---|---|---|---|---|
| RACE | W | SEX | M | DOB | | AGE | | P.O.B. | | Korea |

| ADDRESS | | STREET | | | | ALT |
|---|---|---|---|---|---|---|

| CITY | | STATE | | ZIP | | CELL PHONE | ▮ |
|---|---|---|---|---|---|---|

| OCCUPATION | Owner | EMPLOYER | Kuk Sool Won | WORK PHONE | 832-934-1400 |
|---|---|---|---|---|---|

| JUVENILE | NO | HISPANIC | NO | SCHOOL NAME | | GRADE |
|---|---|---|---|---|---|---|

| CAUTION NOTES |
|---|

| NICKNAME | | ALIAS | | PROFILE |
|---|---|---|---|---|

| ASSOCIATE 1 | ▮ | TOA | Student | ASSOCIATE 2 | | TOA |
|---|---|---|---|---|---|---|

| WT | 200 | HT | 5'10 | EYE | unk | GLASSES | Y | BUILD | unk | COMPLEX | unk | TEETH | | SPEECH | unk |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| HAIR COLOR | Blk | LENGTH | Short | STYLE | Str | CLOTHING | |
|---|---|---|---|---|---|---|---|

| LAST SEEN AT | | | DATE | | TIME |
|---|---|---|---|---|---|

| FACIAL HAIR | | SMT | | WEAPON |
|---|---|---|---|---|

| DL # | | ST | | EXP | | SOC SEC # | | MENTAL |
|---|---|---|---|---|---|---|---|---|

| CODE | | LAST NAME | | FIRST NAME | | MIDDLE NAME |
|---|---|---|---|---|---|---|
| RACE | | SEX | | DOB | | AGE | | P.O.B. | |

| ADDRESS | | STREET | | | | ALT |
|---|---|---|---|---|---|---|

| CITY | | STATE | | ZIP | | HOME PHONE |
|---|---|---|---|---|---|

| OCCUPATION | | EMPLOYER | | WORK PHONE |
|---|---|---|---|

| JUVENILE | NO | HISPANIC | NO | SCHOOL NAME | | GRADE |
|---|---|---|---|---|---|---|

| CAUTION NOTES |
|---|

| NICKNAME | | ALIAS | | PROFILE |
|---|---|---|---|---|

| ASSOCIATE 1 | | TOA | | ASSOCIATE 2 | | TOA |
|---|---|---|---|---|---|---|

| WT | | HT | | EYE | | GLASSES | | BUILD | | COMPLEX | | TEETH | | SPEECH | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| HAIR COLOR | | LENGTH | | STYLE | | CLOTHING | |
|---|---|---|---|---|---|---|---|

| LAST SEEN AT | | | DATE | | TIME |
|---|---|---|---|---|---|

| FACIAL HAIR | | SMT | | WEAPON |
|---|---|---|---|---|

| DL # | | ST | | EXP | | SOC SEC # | | MENTAL |
|---|---|---|---|---|---|---|---|---|

| VEHICLES INVOLVED | | A = ABANDONED D = DAMAGED | | S = STOLEN R = RECOVERED | | T = TOWED E = EVIDENCE FROM | | F = STOLEN FROM O = OTHER | | CONTINUED Y ✓ |
|---|---|---|---|---|---|---|---|---|---|---|

| CODE | | REG | | LIC | | VIN | | VEH TYPE | | VEH YEAR | | MAKE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| MODEL | | STYLE | | VIN/HIN | | VALUE |
|---|---|---|---|---|---|---|

| COLOR (S) | | DESCRIPTION | | NIC # |
|---|---|---|---|---|

| P & R S ASSOCIATED | | BUSINESS ASSOCIATED | |
|---|---|---|---|

| BOAT ENGINE TYPE | | HULL TYPE | | LENGTH | | VESSEL TYPE |
|---|---|---|---|---|---|---|

| DATE RECOVERED | | RECOVERY VALUE | | CONDITION | |
|---|---|---|---|---|---|

| TOWED BY | | STORAGE LOCATION | | PHONE |
|---|---|---|---|---|

| MONTGOMERY COUNTY SHERIFF'S OFFICE INCIDENT REPORT | PAGE 3 OF 5 | CASE # 09A013824 |
| --- | --- | --- |
| | | INC # |

| SUPPLEMENT INFORMATION | OFFENSE TYPE | | OFFENSE DATE |
| --- | --- | --- | --- |
| INCIDENT ADDRESS | | COMPLAINANT NAME | |

**Introduction:**
On 07-31-09 at approximately 1118 hours, I Deputy Kristy Krolczyk #7698 received a walk-in at the district 4 office regarding Sexual Assault. Upon arrival, I met with complainant 01 - ███████ W/F 018.

**Scene Summary:**
The first scene is the business Kuk Sool Won located at 37937 FM 1774, Magnolia, TX 77355, Montgomery County Texas. The second scene is located at the suspects residence, unknown address, located in Harris County, Texas in a subdivision in the Cypress-Rosehill area. The third scene was located at a Fairfield Inn Marriott, Katy, Texas.

| REPORTING DEPUTY | K. Krolczyk | UNIT | 4031 | BADGE | 7698 | DATE | 07/31/09 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| SUPERVISOR APPROVAL | | UNIT | | BADGE | | DATE | |

MONTGOMERY COUNTY SHERIFF'S OFFICE
INCIDENT REPORT

PAGE __4__ OF __5__

CASE # 09A013824

INC #

| SUPPLEMENT INFORMATION | OFFENSE TYPE | OFFENSE DATE |
|---|---|---|
| INCIDENT ADDRESS | | COMPLAINANT NAME |

1:
▆▆▆▆▆ W/F 018.

Sung Woo Suh - suspect 01 is the master at Kuk Sool Won Martial Arts and ▆▆▆ instructor. ▆▆▆ advised she started martial arts at Kuk Sool WOn on 01-17-08. Shortly after the master's wife wanted her to work for them, so she did. ▆▆▆ advised approximately 2-3 weeks after she 18, she was watching Sung Woo's daugh▆▆ house. When he arrived home he asked ▆▆ to come upstairs and asked her to kiss him. ▆▆▆ stated she told him she didn't want to because he was married, and Sung Woo told her it was ok, so she did it because she was scared. After that she would stay at their house primarily on the weekends and Sung Woo would wake her up at night and tell her she had to have sex with him. ▆▆▆ stated he never forced her but she told him several times that it was not what she wanted to do. After ▆▆▆ stopped staying at his house, he started wanting her to perform oral sex at the school (Kuk Sool Won of Magnolia) and have intercourse with him. Sung Woo told▆▆ not to tell anyone and he would make her a good martial artist and she would meet amazing people. He also told her he would protect her and she could open her own school. ▆▆▆ advised the last time this happened was in May 2009.

On 10-11-08 while at a tournament in Katy, Sung Woo told her to have sex with him in the hotel room with his daughter in the other bed asleep. ▆▆▆ stated she was scared and let him. He told her all this was ok, but not to tell anyone. ▆▆▆ advised at one point he wanted her to get on birth control so she wouldn't get pregnant. On Tuesday 07-28-09, Sung Woo came to the school while she was cleaning and wanted her to have sex with him. She told him no, that it was wrong and she was not letting him do this anymore. He asked her why this was happening all of a sudden and ▆▆▆ stated she never wanted this. Sung Woo told her not to make any rash decisions and to think things over and give him an answer next Tuesday 08-04-09. When she arrived at school on 07-30-09, he mom dropped her off and he was parked in the back of the school. When ▆▆▆ came inside she stated he wanted her to come into the kitchen and kiss him. ▆▆▆ pulled away and he got angry. Sung Woo told ▆▆▆ she had to learn to like this like he does and that he needs this from her and if he can't get it from her it will be from someone else. ▆▆▆ said "no" and he tried to kiss her several times after, each time she pulled away. ▆▆▆ stated Sung Woo finally asked her if she wanted him to leave her alone and she responded "yes". She advised the way he was acting scared her and he said he would leave her alone. Sung Woo told her he would no longer protect her and he doesn't know what the future would hold for her, which made her feel threatened. He left the school at that point very angry. ▆▆▆ called a friend for advice and was told she needed to tell her parents. ▆▆▆ advised the reason she never told anyone and let this happen for so long was because she was so afraid of what would happen and he made it seem like his word was more credible than hers. ▆▆▆ stated she was always clear that she didn't want this and that it was wrong. Sung Woo told her it was ok and that he had to have this from her. ▆▆▆ gave a written voluntary statement and signed a complainants affirmation and non-consent affidavit.

| REPORTING DEPUTY | K. Krolczyk | UNIT | 4031 | BADGE | 7698 | DATE | 07/31/09 |
|---|---|---|---|---|---|---|---|
| SUPERVISOR APPROVAL | | UNIT | | BADGE | | DATE | |

MONTGOMERY COUNTY SHERIFF'S OFFICE
INCIDENT REPORT

PAGE  5  OF  5

CASE # 09A013824

INC #

| SUPPLEMENT INFORMATION | OFFENSE TYPE | | OFFENSE DATE |
|---|---|---|---|
| INCIDENT ADDRESS | | COMPLAINANT NAME | |

**Deputies Actions:**
I arrived on location and took the above information for this report. Upon arrival I met with ▮▮▮ who gave the above statement. ▮▮▮ advised this has been taking place over several month s happened several different times during that period. She stated she didn't stop it from happening after the first time because he told her he would do so much for her regarding the martial arts. She also felt threatened by him and was scared. She advised she did not know Sung Woo's address at this time, nor the address of the hotel where an incident occurred. ▮▮▮ stated Sung Woo's daughter might have seen something since she had been in the room, but that she is only 11 and may not have understood what was going on. To her knowledge, no one else knew anything was going on. Lieutenant Schilder was notified of the charges and advised the incidents occurred in Montgomery and Harris County.

**Suspect 01:**
Suh, Sung Woo W/M 041-042.
Is considered a Master at Kuk Sool Won.
Sung Woo was not on scene. I did not receive a statement.

**Evidence/Property:**
None

**Disposition:**
Active - Refer to CID.

| REPORTING DEPUTY | K. Krokczyk | UNIT | 4031 | BADGE | 7698 | DATE | 07/31/09 |
|---|---|---|---|---|---|---|---|
| SUPERVISOR APPROVAL | *[signature]* | UNIT | 4006 | BADGE | 9857 | DATE | 8/11/09 |



EXHIBIT G, Page 9
TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT
Case No. 4:23-cv-03215
SUNG JIN SU v. WORLD KUK SOOL ASSOCIATION, INC., et al.





# EXHIBIT H

**EXHIBIT H**



FOUNDED
1908

**TEXAS CHIROPRACTIC COLLEGE**

Office of the President

February 4, 2010

Alex Suh, D.C.
15103 By The Lake Way
Cypress TX 77429

Dear Dr. Suh,

       Please be advised that as of today you are placed on administrative leave indefinitely due to a student complaint of impropriety.

       Our investigation into the complaint has been hampered by your failure to cooperate in the investigation. Your attorney has not returned phone calls from Human Resources, ADP TotalSource and our attorneys.

       A determination will be made within seven days whether the leave will be with or without pay. You and your attorney's cooperation is imperative.

       Please contact my office to coordinate a meeting immediately.

Sincerely,

Richard G. Brassard, D.C.
President

5912 Spencer Highway • Pasadena, Texas 77505-1699 • (281) 487-1170 • Fax (281) 487-0329

# EXHIBIT I

# EXHIBIT I



CAUSE NO. 2010-15223

| | | |
|---|---|---|
| LETHA E. MAXWELL | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| SUNGWOO A. SUH, D.C. | § | 333rd JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE COURT:

COMES NOW, LETHA E. MAXWELL, Plaintiff herein, complaining of SUNGWOO A. SUH, D.C., Defendant herein, and as a result of Special Exceptions by the Defendant, makes and files this First Amended Original Petition and for cause of action would respectfully show as follows:

1. This is a level 2 case pursuant to the T.R.C.P.

2. Plaintiff is an individual residing in Harris County, TX.

3. Defendant, Sungwoo A. Suh, D.C. has appeared and answered herein.

4. Venue is proper in the District Courts of Harris County, Texas.

5. The amount in controversy exceeds the minimum jurisdictional limits of this Honorable Court.

6. All conditions precedent to the filing of this lawsuit have been met and satisfied.

7. In November, 2009, Plaintiff was a student at Texas Chiropractic College, located in Pasadena, Harris County, TX and Defendant was a member of the faculty.

8. In November, 2009, Plaintiff was a student in a course taught by Defendant.

9. In early October, Plaintiff missed a test in the class taught by Defendant due to a brief illness.



10. Defendant suggested to Plaintiff that the makeup examination be conducted on Sunday, November 8, 2009 at a location that he would later disclose.

11. On November 8, 2009; Defendant gave Plaintiff directions over the phone to where he was located for the purpose of taking the makeup examination.

12. Instead of directing Plaintiff to meet him at the campus of the Texas Chiropractic College, Defendant directed Plaintiff to travel toward northwest Harris County. Ultimately the directions lead to a La Quinta Inn hotel.

13. Defendant directed Plaintiff to go to room 301 of the hotel and he opened the door and told her to enter.

14. Plaintiff began to take the makeup examination and at that point Defendant attempted to force himself upon her. The touching was uninvited, unwanted, harmful and offensive.

15. Defendant partially forcibly disrobed Plaintiff against her will and exposed himself to Plaintiff. Defendant used physical force to attempt to have sexual intercourse and sodomy with Defendant against her will.

16. The conduct of Defendant constituted assault, aggravated assault, battery, intentional infliction of emotional distress, battery, unwanted physical and sexual contact and attempted sexual assault.

17. Due to their status as teacher and student; Defendant's conduct violated Section 21.12 of the Texas Penal Code.

18. Defendant's conduct was intentional, negligent and grossly negligent.

19. Plaintiff has suffered permanent harm as a result of the tortious and criminal conduct of Defendant.

2



20. Plaintiff seeks actual and exemplary damages in an amount in excess of the minimum jurisdictional limits of this Honorable Court. Plaintiff seeks actual damages of $2 million and exemplary damages of $1 million.

## REQUEST FOR DISCLOSURE

Not later than 51 days after service of this petition, the Defendant is requested to disclose in writing the information set forth in TRCP 194.2(a) through (l).

## JURY DEMAND

Plaintiff hereby makes request for a jury trial in accordance with the Texas Rules of Civil Procedure. The Jury fee is being paid simultaneously with this request.

## PRAYER

Wherefore, Premises Considered. Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing or trial they be awarded damages in an amount within the jurisdictional limits of the Court, prejudgment and post judgment interest, cost of court, and for such further and additional relief to which Plaintiff may be justly entitled to receive.

Respectfully Submitted,

**THE MARKLE LAW FIRM**

By: _____
    Spencer G. Markle
    State Bar No. 12989200
17100 El Camino Real, Suite 500
Houston, Texas 77058
(281) 486-0677
(281) 486-0694 Fax

**ATTORNEY FOR PLAINTIFF**

3

EXHIBIT I, Page 3
TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT
Case No. 4:23-cv-03215
SUNG JIN SU v. WORLD KUK SOOL ASSOCIATION, INC., et al.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record on this ____6____ day of May, 2010 as designated below:

| | |
|---|---|
| __X__ | Via Facsimile |
| _____ | Via Regular Mail |
| _____ | Via Certified Mail Return Receipt Requested |
| _____ | Via Overnight Carrier |
| _____ | Via Personal Delivery |
| _____ | Via _____ |

_____
Spencer G. Markle

4

EXHIBIT I, Page 4
TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT
Case No. 4:23-cv-03215
SUNG JIN SU v. WORLD KUK SOOL ASSOCIATION, INC., et al.