# EXHIBIT T

**EXHIBIT T**



# INTRODUCTION

The name "Kuk Sool Won" is best understood by breaking it down into its three sections. "Kuk" translates to "nation", "state", or "country". "Sool" literally means "martial art technique". However, "Sool's" implied meaning goes deeper to include the mental, spiritual, cultural, and philosophical heritage of Korean martial arts. "Won" means institution or association. The entire name, Kuk Sool Won, can the be translated to "National Martial Arts Association".

The roots of Kuk Sool date back to the very beginning of Korea with "Sado Mu Sool", which means "family or tribal" martial art. The next martial art to develop was "Bulkyo Mu Sool", or "Buddhist martial art". Shortly afterwards came "Koong Joong Mu Sool", which translates to "Royal Court Martial Art". These are the three segments of ancient Korean martial arts and history from which the techniques of Kuk Sool evolved from.

The basis of Kuk Sool is the development and use of "ki" (internal power). Therefore Kuk Sool is considered an internal martial art system. However, to classify Kuk Sool under any one name is incorrect due to its vastness. Kuk Sool is actually an internal and external martial art. It includes kicking, punching, throwing, joint locking, pressure point manipulation, breath control, acupressure, and acupuncture.

Kuk Sool weapons date back to the time when man used stone throwing as a method of self defense, as well as to kill small animals for food. Over the course of Korean history, many different types of weapons evolved. There are 24 different traditional weapons in Kuk Sool.

Modern Kuk Sool Won history begins in 1910 with the dissolution of the Korean Royal Court Army. Many master instructors of the royal court were forced to go into hiding. Among them was Master Instructor Myung Duk Suh. Upon returning to his home in the Taegu area, he continued to practice martial arts in secret, teaching his techniques in strictest privacy to only immediate family members. This was during the Japanese occupation when the practice of martial arts was outlawed in Korea. Anyone caught teaching or practicing Koran martial arts was punished severely.

Master Instructor Myung Duk Suh was one of the patriots who helped keep Korean martial arts from becoming extinct. The Suh family had practiced martial arts for the past 16 generations, and it was time to pass on the knowledge of past generations. From among his children and grandchildren he carefully selected one child to whom he would give the entire scope of his martial art knowledge. The child was In Hyuk Suh.

Young Suh's traning continued uninterrupted until the middle of the Korean Conflict, when his grandfather was fatally wounded. Although his grandfather's death was a tragic blow to In Hyuk Suh, his training was to continue, arranged through his grandfather's foresight.

EXHIBIT T, Page 2
TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT
Case No. 4:23-cv-03215
SUNG JIN SU v. WORLD KUK SOOL ASSOCIATION, INC., et al.

— 6 —

Letters of introduction from his grandfather and his grandfather's reputation as a master instructor of the Korean Royal Court Army opened many closed doors to In Hyuk Suh. At this time young Suh began to visit and learn from many different teachers. By the time he was 20 years of age, he had traveled to hundreds of Buddhist temples and private martial arts teachers, from whom he studied many different aspects of Korean martial arts.

It was during this time that he met an old monk named Hai Dong Seu Nim, which translates to Great Monk on the Eastern Sea.   The old monk became In Hyuk Suh's second most influential teacher, passing on special breathing skills, meditation techniques, and internal power (ki) skills.

In the late     1950s In Hyuk Suh began to organize and systemize the many scattered martial art techniques of Korea to produce a single Korean national martial art—Kuk Sool Won  .

In 1961 Kuk Sool Won was officially founded by In Hyuk Suh. At this time he revealed the inheritance from his grandfather of five rare books of Korean martial arts techniqes. Kuk Sool Won had now become the official name to represent, not a single style but a systematic study of Korea's martial arts from ancient times to the present.

In 1974 In Hyuk Suh, known officially as ''Kuk Sa Nim'' (National Martial Arts Instructor), came to the United States. After a short stay in Los Angeles, he proceeded to New Orleans where the first official Kuk Sool Won school in the United States was established.

In 1975 Grandmaster Suh moved to San Francisco, where he opened the World Kuk Sool Association headquarters school. Since the opening of the headquarters school, Kuk Sa Nim has traveled extensively throughout the United States, conducting lectures, seminars, demonstrations, and testing black belt candidates.

World-wide over one million students have passed through the doors of Kuk Sool Won schools.

Defendants' origin story from Defendants' website

HOME

WHAT IS KUK SOOL WON? ⌄

PEOPLE ⌄



NEWS ⌄

SCHOOLS ⌄

MERCHANDISE

CONTACT US

## KUK SA NIM

Home 〉 Founder



Founder of Kuk Sool Won

# KUK SA NIM

Kuk Sa Nim, In Hyuk Suh, is the founder of Kuk Sool Won™ and first to coin his unique martial art, Kuk Sool, in 1958 in South Korea, then started teaching throughout South Korea. Kuk Sool Won, aka the martial art of Kuk Sool, is a comprehensive martial art style that was created by him by organizing it into a systematic study of ancient Korean martial arts.

The knowledge he acquired from his grandfather and subsequent masters enabled him to establish Kuk Sool Won™. His organization now boasts 1.3 million members with over 800 schools worldwide in 27 different countries. Although expert in every aspect of martial arts, Grandmaster Suh is especially renowned for his mastery of pressure point and joint manipulation.

Additionally, Kuk Sool Won™ has been mentioned in over 300 articles and featured on more than 60 front covers by

world famous magazines in the United States, England, Spain, Iran, Germany, Mexico, and Venezuela. While the following list of accomplishments include items accrued not only by himself but by the organizations he founded, the reason for this can be found in the excerpt below, taken from the "Letter from the Grandmaster" which is written to all practitioners of Kuk Sool Won™ and located in the front of the Textbooks he provided as an aid to understanding such a unique and comprehensive martial art.



> " Any distinction or honor granted to me or to any member of this organization is a credit to the organization as a whole, including all the individuals who make up this vast organization. "

### – In Hyuk Suh

**1958**

Founding of the martial art of Kuk Sool Won™

**1961**

Founding of the Korean Kuk Sool Association®

**1972**

Kuk Sool Won™ recorded in the World Athletic Dictionary as a traditional Korean martial art

**1973**

Kuk Sool Won™ School established in U.S.A.

**1974**

Grandmaster In Hyuk Suh emigrates to U.S.A.

**1975**

Founding of the World Kuk Sool Association®
Kuk Sool Won™ School established in Great Britain

Kuk Sool Won™ School established in Canada

### 1976–77

40 Kuk Sool Masters appear in Ho Kuk Moo Yea, (translation: Art Used in Defense of the Nation) a documentary produced by the Korean Ministry of Culture and Tourism

### 1977

Kuk Sool Won™ school established in Venezuela

### 1978

Panama International Film Festival bestows its Culture Award to Kuk Sool Won™ for its role in the documentary, Ho Kuk Moo Yea commences annual seminars and special training in U.S.A.

### 1982

Kuk Sool Won™ hosts first Open Tournament at the Civic Auditorium in San Francisco

### 1984

Grandmaster In Hyuk Suh voted "Man of the Year" by Black Belt Magazine
Kuk Sool Won™ School established in Iran

### 1985

Publication of Kuk Sool Won™ handbooks, textbooks, and instructional videos

### 1988

Grandmaster In Hyuk Suh voted "Instructor of the Year" by Inside Kung Fu Magazine
Commenced annual seminars and special training in United Kingdom



## 1990

Kuk Sool Won™ hosts First Annual Canadian Tournament
Commenced annual seminars and special training in Canada

## 1991

Kuk Sool Won™ was selected as an extra curriculum activity for the U.S. Military Academy at West Point
Kuk Sool Won™ School established in Germany
25 U.S. cities now hold a "Kuk Sool Won™ Day"

## 1992

Grandmaster In Hyuk Suh is presented with the Commander's Sword by the U.S. Military Academy at West Point

## 1993

Grandmaster In Hyuk Suh voted "Master of the Year" by Tae Kwon Do Times Magazine

## 1994

Several universities in the U.S.A. include Kuk Sool Won™ as a regular athletic activity
Grandmaster In Hyuk Suh is presented with the Commander's Sword by the U.S. Air Force Academy at Colorado Springs

## 1995

Kuk Sool Won™ hosts First Annual Tournament at the U.S. Military Academy

## 1996

Kuk Sool Won™ School established in The Netherlands



### 1998

Grandmaster In Hyuk Suh is awarded the SuhkRyoo (Pomegranate) Medal for Civil Merit by the South Korean Government
Commenced annual seminars and special training in Europe



### 1999

Kuk Sool Won™ School established in Spain
Victory of a Little Giant, a special documentary about Grandmaster In Hyuk Suh produced by the Korean Broadcasting System (KBS aired 3/17)



### 2000

Kuk Sool Won™ recognized as an Official Governing Body for martial arts by the South Korean Government
Kuk Sool Won™ participates in the KyungJu Cultural Expo demonstration members include masters from all over the world and conclude with a final performance for the President of South Korea



### 2001

World Kuk Sool Association® opens a traditional training facility on the outskirts of Houston (Tomball, TX) incorporating over 20 acres of land



### 2002

Kuk Sool Won™ hosts the World Kuk Sool Championships at the Civic Auditorium in KyungJu this is an international event with over 2000 competitors from across the globe, also received were proclamations for a successful event from many world leaders such as North KyungSang Provincial Governor Lee, KyungJu City Mayor Baek, over a dozen U.S. State Governors, and U.S. President G.W. Bush



### 2003

Another TV broadcasting program by MBC titled "Kuk Sool Coming to America" aired in Korea



### 2004

Publication of a biography of Kuk Sa Nim in Korea by Ms. Moon Young Kin with Sam-Toh Publications



### 2005

Kuk Sa Nim receives Professor Emeritus from Young San University in Korea
Kuk Sa Nim receives honorary Doctor of Chiropractic Degree from Texas Chiropractic College in Pasadena Texas
Chiefmaster In Joo Suh is appointed as the president of Korea Kuk Sool Won as well as the Executive VP of WKSA



### 2006

Kuk Sool Won became an official baccalaureate program under the Asian Martial Arts Department at Young-San University



### 2007

Kuk Sa Nim receives the honor of 2007 Recipient of Man-Hae Award in Korea



### 2008

In October, Kuk Sool Won ™ celebrates its 50th anniversary at the World Championship in Houston,Texas



Kuk Sool Won™ is a systematic study of all of the traditional fighting arts, which together comprise the martial arts history of Korea.

## Quick Links

> News

> About

> Founder

> Schools

> Contact Us

## Get in Touch

📍 37937 FM-1774, Magnolia, TX 77355, USA.

📱 (+1) 832-934-1400

✉ wksa@kuksoolwon.com

🌐 www.kuksoolwon.com

© Copyright World Kuk Sool Association 2023. All Rights Reserved.

Developed by: Yudanja Ltd.

WKSA

- HOME
- WHAT IS KUK SOOL WON? ⌄
- PEOPLE ⌄
- NEWS ⌄
- SCHOOLS ⌄
- MERCHANDISE
- CONTACT US



# History of Kuk Sool Won

Home › Modern History

— SELECT ERA

Introduction

Tribal/Family Martial Arts

Buddhist Martial Arts

Royal Court Martial Arts

Modern History

Establishment of WKSA

Case 4:23-cv-03215    Document 55-5    Filed on 10/24/23 in TXSD    Page 15 of 56

# The Modern History of Kuk Sool Won – From 1910 to the Present

A ugust 22, 1910 was an extremely sad day in the history of the Korean nation, for it was on that day that, for the first time in the five thousand years of Korean history, the country lost its sovereignty as an independent nation when it was "annexed" by neighboring Japan. The Korean emperor Sunjong (선종) was forced to hand over all of his nation's affairs to the Japanese emperor. This was in no way reflective of Korea's lack of martial arts knowledge or skills, but was instead a reflection of the nation's reluctance to produce and adapt to the tools of modern warfare. Also because of a restrictive treaty agreement that allowed the Japanese regent-general to have the Korean military disbanded temporarily, prior to a proposed implementation of a conscript program that, of course, never came into being. The failure of Korean military forces to adapt to modern tools and methods of warfare was a problem shared by her larger neighbor, China. It was around this time, that China fell victim to the might of modern technology during the Legation Period, prior to the founding of the Chinese Republic (it was, in fact, this period of Western imperialism that led to Korea's weakened state which made her annexation possible).

During this period of Japanese rule (lasting from 1910 until the eventual defeat of the Japanese forces and the collapse of its imperial designs at the end of World War II), the Japanese-occupying forces attempted to suppress virtually every aspect of the Korean cultural heritage, and replace it with their own. Eckert states in his Korea: Old and New that, "Terauchi Masatake, the first Governor-General (1910-1916), legitimated Japanese rule by asserting that there was a natural affinity between the Korean and Japanese peoples. Terauchi noted the historical and cultural ties between the two countries and posited that assimilation of the Korean people into Japanese society was the long-term goal for the colony." This then created a "powerful and intrusive state unprecedented in Korean experience." In fact, the Korean language (Hangul) was even suppressed, as the people of Korea were "encouraged" to speak Japanese by the occupying government. Needless to say, the traditional martial arts of Korea were banned as well.

During this time, Japanese martial arts techniques were brought to Korea, both by the Japanese themselves and by Koreans who had spent time in Japan, and who had studied the martial arts there. Some Korean historians, though, believe that the martial arts that the Japanese brought into the country were not being imported, so much as they were being returned to their point of origin. They believed that they were in actuality, martial arts methods that had been adopted by the Japanese at some earlier point in history and

then adapted by them into a style that was more reflective of the Japanese culture. Even though these styles and methods may have originally been Korean in origin, by this period they had taken on a distinctly Japanese flavor. Unfortunately, people would later mistakenly consider these Japanese-influenced martial arts, which the Korean people were allowed to practice during this period of foreign domination, as actual Korean marital arts largely ignorant of Korea's rich martial arts heritage.

As has already been noted, the practice of any sort of Korean martial arts during the period of the Japanese occupation had been strictly forbidden by the occupying forces; and any Korean caught practicing them (or even worse, teaching them) would be severely punished under a legal system that was particularly harsh on the native Korean population. One might imagine the consequences of teaching or practicing a martial art that could possibly aid in an insurrection or an uprising by the Korean population against the Japanese.

There were, in fact, guerrilla operations conducted throughout this period by patriotic Korean groups. As a result of this, an ongoing policy of the Japanese was to completely eliminate the native Korean bladed weapons (such as swords and spears), many of which had been family heirlooms for generations. They were either melted down and destroyed, or were shipped out of the country to Japan. Because of the severity of this repression, the clandestine manner under which the native Korean martial arts were practiced (which had always been in evidence because so many of the techniques were jealously guarded secrets) was greatly intensified. It was for this reason that relatively few people (even among the native Koreans) were familiar with the rich martial heritage and traditions of their own country. Even among those who were aware of this rich cultural heritage, only a very small number actually participated in the training for fear of reprisal. The modern history of Korea (certainly the modern history of Korean martial arts and the development of Kuk Sool Won) must begin in 1910 with the dismantling of the Korean Royal Court armies by the new Japanese rulers. Many of the patriotic Master Instructors of the Korean Martial Arts were forced to flee the Japanese forces and to go into hiding.

Among those patriots was Master Instructor Suh Myuhng Duk (서 명 덕), who returned to his family home in the Taegu area and then set about the task of preserving his vast martial art knowledge by teaching it secretly to his family members.

Suh Myuhng Duk was one of those patriotic Koreans who helped to prevent this country's native martial arts from becoming extinct under the repressive Japanese cultural policies. The Suh family had practiced martial arts for 16 generations. Master Suh made a personal commitment to maintain this tradition, even under the threat of severe punishment, by passing his extensive martial arts knowledge down to future generations. From among all of his grandchildren, Master Suh carefully selected one child who would become the vessel into which the vastness of his martial arts



knowledge could be poured. That child was his grandson, Suh In Hyuk.

Young Suh was quite literally born into the martial arts. He was watching members of his family practice martial arts from the time he opened his eyes. His own formal martial arts training began when he was only 5 years old, under the tutelage of his grandfather. Almost as though he realized the significance of the task that would unfold before him, he trained extremely diligently for a boy of such a young age. His Grandfather was there to closely monitor every detail of young Suh's training with a stern hand and with a meticulous attention to the most subtle detail of both form and technique, while guiding and controlling all aspect of his grandson's mental training.

The Japanese occupation ended in 1945, however, even as other forces (most notably the United States and the Soviets) began to shape the Korean nation, young student Suh's training continued. As he trained more and more, his knowledge of the martial arts and his skillful execution of complex techniques began to surpass even the expectations of his grandfather. Young Suh's training continued uninterrupted until the middle of the Korean War, at which time North Korean soldiers fatally wounded his grandfather. The death of Suh Myuhng Duk came as a heavy and unexpected blow to the young student, but fortunately, his grandfather had provided for his continued training. Prior to his death, letters of introduction from Suh Myuhng Duk to instructors and practitioners of traditional Korean martial arts methods throughout Korea had been prepared. Armed with these letters of introduction and his grandfather's background as a Master Instructor of Korean Martial Art, many doors of instruction became open to the young student that might otherwise have been closed.

It was during this period that young Suh began to visit and learn from many different teachers and, as he became older, his knowledge increased as he traveled throughout the countryside studying the many different aspects of Korea's traditional fighting arts. By the age of twenty, Suh In Hyuk had traveled extensively, visiting hundreds of Buddhist temples (many of which served as repositories of traditional Korean martial arts, either as places where the martial arts techniques were still practiced, or as storehouses of martial arts record and manuals) and private martial arts instructors as well. From some of these sources he might learn a wealth of martial arts knowledge and from other he might learn only a single (albeit important) technique or method.

The story is told of one of his teachers (who happened to be a Buddhist monk) from whom he learned a particular striking method and a way to control the power in his strike. The teacher told young Suh to strike a nearby tree and to knock the leaves from its branches. The young Suh struck the tree and the leaves fell like rain all around him. The teacher then looked at him and told him now to strike it in such a way that only one leaf would fall. Suh spent months perfecting this single technique.



In this same manner, over a period of years, he became familiar with many aspects of the traditional Korean martial arts, which had become all but forgotten by the common people. A noble and noteworthy accomplishment for one so young, the young student Suh's level of skill and wisdom had progressed by this time to the point of mastery. It was during this period in his life that Master Suh met a man who was to become his second most influential teacher: an old Buddhist monk who was known as Hai Dong Seu Nim (해동스님, which translates as "the Great Monk of the East Sea"). The young master learned many different skills from the old monk, but of particular importance was the instruction that he received in special types of breathing exercises, meditation techniques and Ki (internal energy) skills.

It was in the late 1950's, Suh In Hyuk began the monumental task of organizing the scattered martial arts techniques that he had gathered in order to compile them into an organized and systematized whole. His aim was to produce a single Korean national martial art, or Kuk Sool (국술, also known as Ho Kuk Moo Yea: 호국무예, or Arts Used in Defense of the Nation).

In 1958, that task was completed and Kuk Sool was established as the most complete systematic study of Korean traditional martial art ever devised. In the same year, Kuk Sa Nim (In Hyuk Suh) had first coined the term Kuk Sool to represent, not just a style or type of martial art, but a complete system made by Kuk Sa Nim, which represented a detailed and organized study of the traditional Korean martial arts from the ancient times of Korea up until the present day.

The year 1961 was a historic one for the Korean martial arts, for it was in that year that Suh In Hyuk officially founded the Kuk Sool Won. It was at this time, also, that Master Suh revealed his inheritance: Five compiled books on Korean martial arts, which had been handed down to him from his grandfather. These five books are:

— Yu Sool: 유술

— Kwon Sool: 권술

— Yu-Kwon Sool: 유권술

— Whahl Buhp: 활법

— Hyuhl Buhp: 혈법

The inheritance of these five volumes gave further legitimacy to the task that Suh had chosen. With the establishment of Kuk Sool as a martial art, the title of Grandmaster, or Kuk Sa Nim (국사님: literally, National Martial Arts Teacher) was passed on to the still relatively young Master Suh, then aged 22.

Also important was the fact that, although Kuk Sa Nim had been teaching martial arts for many years prior to the actual founding of Kuk Sool Won, the training after the Association's founding took on



an entirely new life. The study of Kuk Sool became much less secretive and, for the first time in the recorded history of the Korean martial arts, instruction in all aspects of the martial arts (including the most exotic and esoteric which had historically been zealously guarded by the royal family) was given to anyone who wanted to train, regardless of their status or station in society. Kuk Sa Nim opened wide the doors to Kuk Sool and hundreds and hundreds of native Koreans began to take the opportunity that was being offered to them. For the first time, the average Korean was being allowed to train in his native Korean arts.

One of Kuk Sa Nim's goals was to reunite a nation with its almost extinct cultural and martial arts heritage, and the people of Korea responded with enthusiasm to Kuk Sa Nim's "open door" policy of training.

After Personally training many students to instructor and master level, Kuk Sa Nim began to open schools throughout South Korea and Kuk Sool Won rapidly expanded to well over three hundred schools. Kuk Sa Nim traveled constantly among these early Association schools, in order to personally maintain strict quality control. He also held seminars twice a year, in order to further train instructors and masters.



Kuk Sool Won™ is a systematic study of all of the traditional fighting arts, which together comprise the martial arts history of Korea.

## Quick Links

> News

> About

> Founder

> Schools

> Contact Us

## Get in Touch

 37937 FM-1774, Magnolia, TX 77355, USA.



(+1) 832-934-1400

wksa@kuksoolwon.com

www.kuksoolwon.com

© Copyright World Kuk Sool Association 2023. All Rights Reserved.

Developed by: Yudanja Ltd.



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **21st** day of **July, 2023**

I, **Hyunji Lee** ( ), hereby certify that I translated the attached document from Korean into English or English into Korean and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Korean and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Korean-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.



## Success Story of In Hyuk Suh,

### Who Conquered the World

Written by Moon Yeong Kim

Story of Traditional Korean Martial Arts and Its Founder

# The success story of In Hyuk Suh,

## Who conquered the world

October 15 First edition printed
October 20 First edition published

Author | Moon Yeong Kim
Publisher | Seong Gu Kim

Editing in Charge | Soo Uk Kim
Design | Image bakery
Marketing | Joon Soo Park
Production | Tae Seop Shin

Publishing | Samteo Sa (Co., Ltd.)
Registration | October 15, 2001 No. 1-2923
Address | 1-115 Dongsoong-dong Chongro-gu, Seoul
Telephone | 763-8961 ~6(publishing business division) 742-4929(business department)
Fax | 3672-1873
e-mail | book@isamtoh.com

© Moon Young Kim, 2004
© Hong Hee Kim, PHOTO COPYRIGHT
This book is protected under the Copyright Act, so unauthorized premise and unauthorized reproduction are prohibited, to use all or part of the contents of this book, you must obtain written consent from the copyright holder and Samteo Sa (Co., Ltd.)
ISBN 89-464-1493-6 03810



Came to believe that

Having heard the testimonies from so many people that they have regained physical and mental health by learning the Korean Martial Art, I could sufficiently understand their enthusiasm. They all said that their life turned to a success through the Korean Martial Art. If somebody can change other's life to a successful one, his life was the one in success.

However, In Hyuk Suh, the president of Kuk Sul Won with 1.5 million members across the world said as follows.

"What is the big deal about success, I just did what I wanted to do. I did not dream about success. I just lived doing what I wanted to do for my whole life, which the others talk about it as such."



Went around the temple, and went through repeated research and investigations to name the overall Korean martial art which had no system as KUKSUL (國術).

   For the first 10 years, he searched for teachers in each division, and learned the traditional martial arts that has continued historically while not neglecting his own research and development. Upon the historical fact that the double sword dance and Bongsul of Garakguk had been performed, he visited temples such as Haeinsa, Tongdosa and families in Gyungsannam-do such as in Busan, Kimhae, Masan, Jinju, Ulsan and researched and integrated the shape of ancient tomb mural to develop swordless type, dagger type, double sword type, long sword type, bongsul type (short rod, medium rod, long rod), and for Shilla swordmanship, based on Samguk Sagi, he visited Gyungju, Daegu, Youngchun, Sunsa, Sangju, Euihong, Euisung, Andong etc. in Gyungsangbuk-do and developed current swordmanship such as regular sword type, reverse sword type, and developed Sambangcho and break type for bare-handed martial arts. In addition, integrated Baekje martial arts were developed, centered around Junju, Kunsan, Jungeup, Mokpo, etc., in the Honam area, and Daejun, Asan, etc., in the Hoseo area. The purpose was to establish both bare-handed and armed martial arts, such as the Unak type, soft type, cobbling, etc. Additionally, they developed various techniques, including the 108gi type, fan type, cane type, acupressure type, etc. These martial arts were referred to as Martial Art24 and were completed during the time of Jungjo in the Lee dynasty. The process involved researching martial arts handed down across the country and examining scattered ancient tomb murals one by one. Through this research, they were able to develop the Hosan technique, winding technique, and kicking technique. Over decades of research and visits, these various techniques were integrated and established into a comprehensive martial art system called Kuksul, comprising 270 techniques and 3,608 counts.

**Kuksul's Characteristic Yuwonhwa and Kuksul's Techniques**
All techniques that he systemized are based on Yuwonhwa.

때, 그가 태어나 자랐던 당시의 의흥은 정말 힘힙산중 시골이 아니었을
서, 생각회 보았다.

하지만 안타깝게도 어렵사리 찾아간 서 총재의 본가를 볼 수는 없었
다. 동네 사람은 서 총재가 미국으로 떠난 후, 천처에게 팔게된 생가가
팔리게 되어 새 주인이 그 집을 허물고 현대식 건물을 세웠다고 했다.

**할아버지의 가르침**

서인혁은 아버지 서윤근의 어머니 김우연 사이에서 5남 4녀 중의 빗
째로 태어났는데, 어린 시절에는 조부의 영향을 많이 받으며 자랐다. 조
부였던 서명더은 훈련원 무관을 지냈다고 알려진 서병익의 아들로, 대
한제국의 군대가 해산되기 진까지 교관을 지냈다고 전해진다.

피는 속일 수 없어서, 가계의 기질 덕에 서인혁도 후일 무술의 달인이
된 것이 아니냐는 추측도 있다. 어찌 보건 그것은 전비가 아니라 운명이
있다는 이야기다. 게다가 한 가지 재미있는 사실은 다섯 형제 모두가 건
강한 신체를 타고 났고 힘도 장사일 뿐 아니라 모두가 한결같이 전투적
인 부산 기질을 갖고 있다는 점이다.

예전에는 집안에 형제가 많으면 위로 한두 형제 정도만 군대를 가는
것이 상례였는데, 이 다섯 형제는 마치 독수리 오형제처럼 전국 각처에
서 특수부대나 해병대 등, 무술과 연관된 분야에서 군복무를 마친 특이
한 이력을 갖고 있다.

이들의 고향, 의흥은 병화 기지가 있었던 곳으로 추정되는데, 한자가
직접 가서 보면 검색할 수 있듯이, 마을을 둘러 싼 산세가 외부의 침입

Euiheung at the time of his birth and growing should have been a very remote village, we thought.
But to our disappointment, we could not visit president Suh's family house. The villagers said that after president left for the US, the birthplace was sold and the new owner tore down the house and built a new building.

**Lessons from grandfather**

In Hyuk Suh born as fourth out of 5 brothers and 4 sisters, was influenced much by his grandfather. His grandfather Myung Deuk Suh is the son of Byung Ik Suh who had been a training officer, served as an instructor until the Korean Empire army was disbanded.

As blood cannot be deceived, due to the family character, it is suggested that In Hyuk Suh might have turned out to be an expert in martial arts. In a way, it was fate, not choice. In fact, all of 5 brothers of his are with strong physicals as well as great strength and possess combative military spirit.

In old days, when there are many brothers in the family, usually only 1-2 brothers joined the army, but like the 5 eagle brothers, these 5 brothers all have specific experiences that have completed military service in martial arts and related fields such as special forces and marines in various parts of the country.

Their hometown, Euiheung is presumed to have been the site of barracks, as you can guess when you go there, the landscape that surrounds the village is to be protected from outside,

으로부터 보호하고 있는 형상이기에 남의 눈에 띄지 않고 수련하기에도
알맞은 지형이다.

국술원의 서인주 총관장은 조선 초기 군무(軍務)를 관장하던 관청인 의
흥부(儀興府)가 고향의 이름과 연관이 있을 것이라 주장했는데, 역사적 근
거는 찾을 수 없었다.


고향 이야기를 하는 서 총재는 이런 일화를 들려 주었다.


"우리 집 뒷밭 한 구석에 아주 큰 감나무가 있었어요. 지금 보면 어떨지 •
몰라. 작은 나무일지도 모르겠. 당시에는 아주 크다고 느꼈으니까. 할아
버지가 그 나무에 나를 매달아 놓고는 어디론가 사라져 버리신 거예요.
내가 울보라고 그 버릇을 고쳐놓으시려는 생각이었는지…나는 죽기 살
기로 매달려 있었어요. 그 시간이 꽤 길었는데, 설마 내가 그때까지 매
달려있으리라곤 생각지 못하셨나 봐요. 아무튼 할아버지가 다시 오실
때까지 팔이 부러지라하고 그대로 매달려 있었지요."


서 총재가 말했던 그 나무는 아직도 남아 있을까? 나는 그의 고향으
로 찾아가 어린 시절 고향땅과 함께 살아가고 있는 친구들인 김윤석 선생
과 정영철 선생을 만났다. 그분들에게 아직도 그 나무가 있느냐고 물어
보니, 그 나무는 기억에만 남겨져 있을 뿐, 개발과 함께 뿌리가 뽑혔다
고 알려주었다. 이렇듯 문명이라는 것은 너무 많은 것들을 앗아가 버려
기억으로만 남게 하나보다.

it is a terrain that is not visible to others and suitable for training.

Head of divisions at Kulsulwon In Joo Suh insisted that the government agency that was in charge of military service, Uiheungbu, is related to the name of his hometown, but historical bases could not be found.


Present Seo talking about his hometown, told us an anecdote.

"There was a very big persimmon tree in our house at rear garden. I do not know how it would look now. Maybe it is a small tree.  But at the time, it was felt so big. My grandfather hung me on the tree and disappeared. Maybe he tried to correct my behavior because I was a crybaby… I hung on there for life. The time has passed for quite a while, he did not think that I would have hung their so long. In any case, I had been hung on as was until my arm almost got broken."


Would the tree still remain? I visited his hometown and met his friends still living there, Mr. Yun Seok Kim and Young Chul Jung. I asked if the tree still there, they told me that the tree in only in memories, the root was taken out with development. Like this, civilization just took so many things and leave them only in memories.

서인혁의 나이 열두 살 때의 일이다.

하루는 조부가 서인혁과 사촌 동생을 방에 앉아놓고 촛불을 켜놓은 다음, 꼼짝도 하지 말고 오직 불빛만 바라보라고 말했다. 여러 서인혁들은 조부가 시키는 대로 정신을 가다듬고 촛불을 응시했다. 순간, 바람도 없는 방 안에서 촛불이 꺼졌다 켜졌다 하는 것이 아닌가? 놀라운 현상을 다. 처음에는 의아한 생각이 들었지만 그것이 조부의 정신력으로 행해진 일이라는 걸 깨달은 서인혁은 난생 처음으로 무서운 섬뜩이 들었고 한다.

또 이런 일도 있었다. 하루는 산기슭에서 소에게 풀을 먹이고 있었다. 비바람이 몰아쳐서 우산을 받쳐고 서있던 서인혁은 갑자기 들이닥친 늑대와 맞닥뜨리게 되었다. 어린 나이었지만, 범한테 물려가도 정신만 차리면 산다는 생각이 퍼뜩 떠올났다. 소리를 칠 수도, 소리를 질러도 들어와 줄 사람도 없었던 서인혁은 얼른 쓰고 있던 비닐 우산을 접었다. 동물은 무엇이든 위에 닿으면 먼저 도망을 간다던 할아버지의 말씀이 뇌리를 스쳤기 때문이었다. 바로 그때였다. 늑대 두 마리가 순식간에 머리 위로 뛰어든 것이었다. 머리 속으로 늑대의 동작을 예견하고 있었던 서인혁은 빠른 동작으로 머리 위로 우산을 폈다. 갑작스러운 동작에 놀란 늑대들은 쏜살같이 달아나 버리고 말았다. 겁을 먹으면 죽고, 정신을 차려면 산다는 밭이 실감나는 순간이었다. 내게 얘기를 들려주던 서 총재는 마치 열두 살 시절로 돌아간 듯 천진난만한 표정을 짓고 있었다. 지금 생각해도 자신의 행동이 기특하다는 듯이.

나는 내 나이 열두 살에 무엇을 했던가? 도시를 떠난 적이 없고, 시골

64 | 세계를 제패한 서인혁의 성공 신화

This is the story from when In Hyuk Suh was 12 years old.

One day, his grandfather lit up a candle and made the cousin younger brother and In Hyuk Suh sit in the room and told them just look at the candle without moving. The little In Hyuk Suh calmed down and observed the candle, at the time the candle was on and off itself without wind inside the room, at first, it was strange, but In Huk Seo was scared for the first time in his life.

During another incident, one day, while President Suh was feeding a cow, he found himself confronted by a wolf while seeking shelter under an umbrella. Despite being just a child at the time, he recalled a valuable lesson learned from his grandfather – that staying alert could mean survival, even when faced with a tiger. Unable to shout for help, In Huk Suh ingeniously folded the vinyl umbrella he was holding, remembering his grandfather's advice that animals often run away when something comes into contact with them. Just as he expected, two wolves attacked him from above, but In Huk Suh swiftly unfolded the umbrella over his head, frightening the wolves away with this sudden action. This experience reinforced the age-old wisdom that being vigilant allows one to live, whereas giving in to fear may lead to peril. President Suh reminisced about this incident with an innocent expression, as if he had returned to his childhood. Even now, the memory of his actions fills him with pride.

What did I do when I was 12 years old? I had never left the town, and

의 맑은 공기를 단 한 번도 호흡하지 못했다. 어찌 보면 불행한 어린 시절을 보냈던 나는 그가 늑대와 만났던 그 위험천만한 장면조차도 부럽게만 느껴졌다.

어느 날, 서인혁은 수많은 사람들이 떼를 지어 어디론가 경황없이 달려가는 것을 보았다. 바로 동족상잔의 비극이었던 6.25 전쟁이 발발했던 것이다. 어린 서인혁은 아무 생각 없이 피난민 틈에 끼어 남쪽을 향해 무작정 걷기 시작했다. 소를 끌고 한참을 걸어가면 서인혁은 잠시 멈춰 소에게 먹이를 줄 장소를 찾기 위해 두리번거렸다. 그런데 그 사이에 소가 근처의 콩밭으로 들어가 버렸다. 서인혁이 소를 쫓아간 순간 밭 임자가 나타나 자초지종은 듣지도 않고, 무조건 그를 도둑으로 몰아세웠다. 다투는 소리를 듣고 주변에서 몰려든 사람들과 밭주인은 서인혁을 커다란 자루에 집어넣고는 "고생 좀 해보라"며 돌아갔다. 서인혁은 혼자 깜깜한 자루 속에 갇힌 신세가 되었다.

얼마나 시간이 흘렀을까? 곰곰 생각 끝에 서인혁은 몸을 굴리다 보면 자루가 뾰족한 곳에 걸려서 찢어질 수도 있겠다는 생각이 들었다. 서인혁은 데굴데굴 몸을 굴리기 시작했다. 어둠 속에서 한동안 몸을 굴리다 결국 자루는 돌부리에 걸렸고, 몸을 움직여 자루를 찢고 밖으로 나올 수 있었다. 서인혁은 그 때의 경험도 후일 무술 연마에 큰 도움이 되었다고 말했다.

▶ 조부는 밤이면 늘 술을 마셨다. 나중에야 깨달은 사실이지만 아마도 '무인의 뜻'을 펼치지 못하게 만든 당시의 시대 상황과 자신의 처지를

<span style="float:right">28 서인혁과 국술원 | 65</span>

had never breathed the clear air, in a different perspective, the one who spent an unhappy childhood, just envied even the dangerous situations that he had to confront wolves.

One day, during the outbreak of the Korean War, a fratricidal tragedy, young In Hyuk Suh witnessed a group of people running frantically. Without much thought, he joined the refugees, walking alongside them. Carrying his cow with him, In Hyuk Suh searched for a place to feed the animal. However, the cow wandered into a nearby cornfield.  As In Hyuk Suh chased after the cow, the owner of the cornfield appeared and immediately accused him of being a thief, refusing to listen to the whole story. The situation escalated as more people gathered to watch the confrontation, and they decided to punish In Hyuk Suh by placing him inside a large sack, saying, "Stay there for some time."  In the dark confines of the bag, In Hyuk Suh contemplated his situation and realized that if he rolled around, the sack might get caught on something and tear open. After some time, his plan succeeded, and he managed to escape from the bag by tearing it apart. This experience left a lasting impact on him and played a significant role in his martial arts training in the future.  In Hyuk Suh often spoke about this incident, highlighting the valuable lessons he learned from it, which greatly influenced his martial art journey.

His grandfather drank every night. Only realized later, perhaps because of the situation that prevented him from fulling his ambitions.



## Hapkido and Kuksul

   There formed about 20 subdivisions of Hapkido in Korea currently. Kuksul hapkido can be also found, this was originated when the Korean Kuksulwon was under the Kidohoi and the direction of it is different from the current world Kuksulwon.

   In other words, the origin was from the leader Yong Sool Choi propagating the art of Daedongryu to Korea and Japan's Aikido was developed through other routes.

   Originally Ryusul is as it is pronounced, means smooth martial art, the basic technique is to use the opponent's power to subdue them. Ryuwonhwa that Kuksulwon also applies is also a word that explains Hapkido's characteristics. But while the Japanese Aikido mainly uses 'Ryu' or, 'Won' technology that utilizes centripetal force to spin one's body, leader Yong Sul Choi mainly used 'Hwa' technology that subdues opponents by bending joints righ away when confronted with the opponent. Maybe that is why the disciples were afraid of him like a 'fighter'.

   Different from what president Suh insisted saying "The root of the Hapki Ryusul" is different from our traditional one", Hapkido part insists that the root of Daedong Ryu Ryusul that had been trained in Japan is our martial art.

   'Following was on KBS 2TV in 1986, 1 year before Mr. Young Sool Choi passed away, (secret



For Korean Kuksul trainees, possibilities for training abroad are open. In fact, several children of Korean trainer are in studying abroad, divisions and schools that are spread all over the world have been receiving member exchanges and training abroad with positive mind through interactive collaborations.

Here, if I confess for a while, when I went to the US for data search to write this book, it still is fresh in mind that I was embarrassed quite bit from the foreign Kuksul disciples who were excessively polite. Foreign disciples of Kuksul seemed to have a sense of admiration and respect embedded in their body. I realized once again that planting one country's martial art, in fact, one country's culture is the way to raise a country's status more than any economic achievement.

**Kuksulwon, a Great Business**

At present, world Kuksulwon organization is spread evenly across 29 countries including North America and South America, Europe, in addition to Middle east such as Turkey, Iran and Africa. The number of schools affiliated with this organization reaches 700 locations at present in 2003, and accumulated membership counts over 1.5 million. Kuksulwon is growing very fast since the beginning of 2000, based on the number of memberships, the increase rate is up to average 25% per year. When Europe market which is currently exploring is separately calculated, the growth rate is unbelievable.

국술원은 본부의 허가를 얻어야만 지부 설립이 가능하고, 승단의 레
차나 지부 운영 체제 역시 엄격하게 본부의 지정을 따라야 하는 경영방
식을 채택하고 있다. 조직이 거대해진 국술원은 효율적인 운영을 위해
특화된 3개의 사업부를 운영 중이다. 연례 세미나를 담당하는 세미나
부, 지역별 토너먼트를 관리하는 챔피언심부, 그리고 승단에 관한 업무
를 맡고 있는 심사부가 그것으로 국술원에서는 곧 계열 분리를 추진할
예정이라고 한다.

외국에서의 성공과는 달리 난항을 거듭하던 한국 국술인도 심기일전
하여 2000년에 사단법인 국술원을 설립하면서 세계 국술원 본부의 산
하 조직으로 흡수되었다. 한국 국술원은 중앙운영위원회를 조직하여 현
재 11개 지부 아래 100여 개의 도장을 운영하고 있으며 국술의 종주국
답게 어느 다른 나라의 국술원보다도 가장 정통성 있는 국술을 선보이
고 있다.

사업적인 면에서 국술원은 건 세계를 대상으로 한 거대한 수익구조를
가지고 있다. 주 수입원인 도장 운영을 통한 수익은 차치하고, 승단 심
사비 수입만 계산해 보아도 그 액수가 대단하다. 세계에 산재해 있는
150만 명의 회원들 중에서 연간 3분의 1 정도가 승단 심사를 받는다고
가정해보자. 평균 승단비를 100달러라고 가정한다면 심사비만으로도 4
천 500만불. 우리나라 돈으로 540억원에 달하는 금액이다. 게다가 회
원수는 꾸준한 증가율을 보이고 있으니 그 경제적 효과는 날로 증대하
고 있다. 이렇듯 국술원은, 무술 단체로서는 유일하게 중앙집권적인 조

Division establishment of the Kuksulwon is only permitted with the headquarters' certification, and the management principle is that level up procedure and division management system also need to follow the headquarters' guidance strictly. Kuksulwon where the organization has become huge operates 3 specialized business divisions for effective operation. Seminar division that takes charge in annual seminar, championship division that manages regional tournaments, and evaluation division that is responsible for level ups are the 3 ones, which Kuksulwon says that the division will take place soon.

Different from the success abroad, Korea Kuksulwon which went over difficulties, turned over a new leaf to establish Kuksulwon corporation to be absorbed into the world Kulsulwon headquarter as the affiliated organization. Korea Kuksulwon organized the central operation committee and about 100 schools under current 11 divisions are in operation and as the motherland ot Kuksul's statehood, it shows the most traditional Kuksul.

In business side, Kuksulwon has a great profit structure. In addition to the revenue from the school operation as the major income, level up examination fee alone is very high. Let's assume 1 over 3 members out of 1.5 million members all over the wold take level-up examinations in a year, when the average level up examination fee is assumed as 100 dollars, it comes up to 45 million dollars, which is 54 billion won in Korean money, which shows the great economic effect. So, Kuksulwon, uniquely as a centralized martial art organization,

서 총재는 정신적 가치의 기본을 부모에 대한 효도와 웃어른에 대한
공경, 그리고 가족 사랑에 두고 있다. 그래서인지 그는 자갈도 비록 머나
먼 땅이지만 헛 해도 거르지 않고 돌아가신 부모님의 제사를 모시고 있으
며, 실제로 샌프란시스코 시절에는 월세를 내지 못해 갈 곳이 없어진 한
인 노인회를 위해 기꺼이 국술원 도장에 자리를 마련해 준 일화도 있다.
그처럼 그는 웃어른에 대한 공경을 늘 생활화했다.

또한 그의 가족사랑은 남다르다. 자식에게는 무서운 아버지요, 아내에
게는 엄격한 지아비이지만, 그의 아내 사랑은 소문이 파다할 정도다. 그
런 부모 밑에서 자란 네 아들 역시 성공적으로 자라 각계각층에서 인정
받는 사회인이 된 것을 서 총재는 늘 감사히 생각하고 있다.

장남인 서성진 관장은 현재 샌프란시스코 도장을 운영하며 국술원의
일과 직접적 관련을 맺고 있지만, 나머지 세 아들은 모두 다른 직업을
갖고 있다. 둘째인 서성우씨는 현재 휴스턴 척추대학의 교수로 재직 중
이고, 셋째인 서성수씨는 UCLA에서 박사 학위를 받은 뒤 한국의 삼성
전자 연구소에서 선임 연구원으로 일하고 있다. 막내인 서성복씨는 뉴
욕대학 영화과를 졸업하고 현재 대학원 진학을 준비하고 있다.

서 총재는 말한다. 부모와 자식이 서로 사랑하고 부부가 사랑으로 맺
어져 있으면 세상에 어떤 어려움도 헤쳐 나갈 수 있다고. 그리고 한 걸
음을 더 나아가 그것은 곧 이웃에 대한 사랑으로, 그리고 나라에 대한 사
랑으로 발전하는 초석이라고 그는 믿고 있다.

국술원에 입회하는 회원에게 주입시키는 이런 정신 교육으로 인해,

[96 ||세계를 제패한 서인혁의 성공신화]

President Suh places a strong emphasis on the values of filial piety, respect for parents, and love for family. This is evident in his unwavering commitment to holding annual memorial services for his late parents, even during his time in the US. Notably, while he resided in San Francisco, he generously provided space for the Korean Senior Citizens Association, which was in need of a place to gather but couldn't afford rent. Demonstrating a daily practice of respect for the elderly has become an integral part of his life.

Regarding his love for his family, President Suh is a strict father to his children and a demanding husband to his wife. However, his deep affection and love for his wife are widely known. The four sons raised under the guidance of such parents have all achieved remarkable success and gained recognition across various fields, a fact that President Suh is immensely grateful for.

The eldest son, Division Chief Sung Jin Suh, operates a San Francisco school and maintains a direct connection with the work of Kuksulwon. The second son, Sung Woo Suh, currently serves as a professor at Houston Spinal College. The third son, Sung Soo Suh, holds a PhD from UCLA and works as a senior researcher at Samsung Electronics Research Institute. Lastly, the fourth son, Sung Bok Suh, graduated from the Film department at NYU (New York University) and is currently preparing for graduate school.

President Suh firmly believes that when parents and children truly love and support each other, they can overcome any difficulties in life. He sees this loving bond as the foundation not only for harmonious relationships with neighbors but also for fostering a love for one's country.

    Due to this mental education that is infused to the members who enters Kuksulwon,

Declaration of Jang Jin Mi

I, Jang Jin Mi, hereby declare:

1.      I have personal knowledge of each fact stated in this declaration, and if called as a witness, I could and would testify competently thereto.

2.      In 1964, I married In Hyuk Suh after the birth of our son, Sung Jin Su.

3.      My father was working at the Social Security office at the time and when I gave birth to my son, my father thought it was best to quickly file for marriage so a marriage certificate was filed. In Hyuk Suh was not aware that a marriage certificate had been filed until he tried to marry another woman. He then asked me for a divorce.

4.      When our son was two years old, I separated from In Hyuk Suh and relocated to Daegu, South Korea due to In Hyuk Suh's infidelities.

5.      From the suspicious demeanor of Suh In Hyuk's friend's younger sister towards Suh In Hyuk, Suh In Hyuk's mother and I realized their relationship was deep. She later married Suh In Hyuk's younger brother.

6.      I have no knowledge of In Hyuk Suh being instructed by monks, nor any indication that his lineage involves "16 generations" of martial arts practitioners.

7.      My son, Sung Jin Su, is the grandson of 서 윤근 (Suh, Yun Kun) and 김 우연 (Kim, Woo Yeon). In Hyuk Suh seldom mentioned his grandfather, 서명덕 (Suh, Myuk Duk).

8.      In Hyuk Suh never mentioned that 서명덕 (Suh, Myuk Duk) was a martial artist or even a significant influence in his life. I would have expected for In Hyuk Suh to talk more about his grandfather if he were indeed a significant influence in his life.

9.      To the best of my knowledge, In Hyuk Suh's parents managed a rice store, and his father was not a practitioner of martial arts. His father, in fact, discouraged In Hyuk Suh's interest in martial arts given the negative reputation it held in Korea during that time.

10.      In Hyuk Suh's martial arts and family lineage narratives are a lie and it is possible In Hyuk Suh believes his fabrications would not be challenged due to the geographical distance between the United States and Korea.

2

11.     In Hyuk Suh confided in me that during high school, after a severe assault that he received, he began martial arts training from a teacher near his home. He was able to do so because he attended night school. In Hyuk Suh told me that he wanted to seek vengeance against those who had severely beaten him.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 23, 2023 in Dae Gu,
South Korea

By: /s/ Jang Jin Mi
     Jang Jin Mi

DECLARATION OF JANG JIN MI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS & TRANSFER
Case No. 3:23-cv-01570-JCS



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **22nd** day of **June, 2023**

I, **Hyunji Lee**  (                                        ), hereby certify that I translated the attached document from Korean into English or English into Korean and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Korean and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Korean-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.

1
2

알렉스 폴(SBN 208913)

변호사

3

19 Moss Ave.
Oakland, CA 94610

4

전화: (415) 298-1018

5

이메일: alex@alexlegal.com

6

*원고측 변호사*

**성진수**

7

8

**미국 연방 지방 법원**

9

**북부 캘리포니아 지구**

10

**샌프란시스코 부서**

11

12

성진수,

사건 번호 3:23-CV-01570-JCS

13

원고,

14

상대

**(1)개인 관할권의 결여에 대한 고소 기각[Fed.R.Civ.P.12(b)(2)]; (2) 클레임을 진술하지 않은 것에 대한 고소기각[Fed. R. Civ. P. 12(b)(6)]; 또는 (3) 소송을 남부 텍사스 지부로 이송[28 U.S.C. § 1404]의 피고의 소송에 대한 원고 반대 장진미의 지지 선언**

15

**월드 국술원**, 텍사스 법인

16

WKSA, LLC 유한 책임 회사; 및

17

DOES 1 에서 10, 포함,

18

피고.

19

20

21

날짜:    2023 년 8 월 25 일 25

22

시간:    오전 9:30

23

장소:    <u>Videoconference only</u>

24

Zoom ID:  161 926 0804

패스워드:  050855

25

26

판사:    Hon. Joseph C. Spero

27

28

1

피고의 기각과 이전 고소에 대한 원고의
반대 지지 장진미의 선언

사건 번호 3:23-CV-01570-JCS

나 장진미는 다음과 같이 선언합니다:

1.      나는 이 선언서에 언급된 각 사실을 개인적으로 알고 있고, 만일 내가
증인으로 소환될 경우, 그것에 대해 충분한 증언을 할 수 있고 할 것입니다.

2.      1964 년, 나는 우리 아들 성진수의 출생후 서인혁과 결혼했습니다.

3.      내 아버지가 당시 사회 보장국에서 일을 하였고 내가 내 아들을 낳았을 때,
내 아버지가 신속하게 혼인 신고를 하는 것이 최선이라고 생각하였기 때문에 혼인
신고를 하였습니다. 서인혁은 그가 다른 여성과 결혼하려 할 때까지 혼인신고가 된 것을
몰랐습니다. 그때 그는 나에게 이혼을 요구하였습니다.

4.      우리 아들 2 세때, 나는 서인혁의 불륜으로 서인혁과 별거하고 한국 대구로
이주하였습니다.

5.      서인혁의 여동생 친구의 서인혁에 대한 의심스러운 처신으로, 서인혁의
어머니와 나는 그들의 관계가 심각한 것을 깨달았습니다. 그녀는 나중에 서인혁의
남동생과 결혼하였습니다.

6.      나는 서인혁이 스님들로부터 가르침을 받았거나 그의 가계가 무술가 "16
세대"를 포함하는 것에 대해서는 아는 것이 없습니다.

7.      내 아들 성진수는 서윤근(Suh, Yun Kun)과 김우연(Kim, Woo Yeon)의
손자입니다. 서인혁은 그의 조부인 서명덕 (Suh, Myuk Duk)에 대해서는 거의 언급하지
않았습니다.

8.      서인혁은 서명덕 (Suh, Myuk Duk)이 무술가였거나 그의 인생에 큰 영향이
있었다는 등을 언급한 적이 없습니다. 나는 그가 진실로 그의 삶에 큰 영향을 중
사람이었다면 그의 조부에 대해 더 많이 얘기했으리라 예상했을 것입니다.

9.      내가 아는 한, 서인혁의 부모는 쌀 가게를 관리했고 그의 아버지는
무술가가 아니었습니다. 사실 그의 아버지는 당시 한국에서의 부정적인 평판 때문에
서인혁의 무술에 대한 관심을 단념하도록 했습니다.

10.      서인혁의 무술과 가계도 서술은 거짓이며 서인혁이 그의 허구가 미국과
한국사이의 지리적 거리로 문제가 되지 않을 것이라고 믿었을 수 있습니다.

11.      서인혁은 고등학교 시절에 그가 받은 심한 공격 후, 집 근처
선생님으로부터 무술 훈련을 시작하였다고 나에게 고백했습니다. 그는 야간 학교를
다녔기 때문에 할 수 있었습니다. 서인혁은 자신을 심하게 폭행한 사람들에 대해 복수를
하고 싶다고 말했습니다.

나는 위증죄의 처벌하 미국의 법하에서 위의 사실이 진실이고 정확함을 선언합니다.

대한민국 대구에서 2023 년 6 월 23 일
집행됨

작성자: 장 진 미
장진미

3

An account of the true history of Kuk Sool Won

by Inseon Seo, President of Korean Hapkido Federation



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

# Certified Translation

Furnished on the **21st** day of **August, 2023**

I, Salvador Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that an authorized representative of The Spanish Group has proofread this document and I certify that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**

**The Spanish Group LLC**

**(ATA #267262)**

*The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.*

English translation

From: https://m.cafe.daum.net/dojunim/tSa/33?listURI=%2Fdojunim%2FtSa

The Memoir on the History of Hapkido written by Hapgisarang
Published on 07/01/02
Views 379
List
Comment
Source: Martial Arts Newspaper

Inseon Seo (President of Korean Hapkido Federation)

My Childhood

Introduction to Hapkido
I am from Uitae-myeon, Gungi-gun, Gyeongsangbuk-do. Until middle school, I exercised alone with parallel bars and iron bars. Like all children, I disliked losing to others. Also, it was not long after the Korean War had ended, so society was still tense and many people exercised diligently in their own way.

I was unusually strong compared to boys my age, so there were no kids who wanted to fight me. When I entered Daegu Commercial High School at 17, I heard rumors of an unusual martial art in Daegu called "Yawara". It was said to be extremely powerful and no one could defeat it. I even heard that someone named Seobok Seo could turn tiles to dust with his bare hands.

"Oh really? Then I should learn it too." Luckily, my older brother Inhyeok was already learning Yawara, so I could easily visit the gym.

At that time there were two gyms, one run by Yongsool Choi and another run by Bokseob Seo. I first went to learn from Yongsool Choi.

My first impression of Choi's 15 pyeong (534 sq. ft) gym was that the environment was very poor. The walls were bare without a single painting and the floor just had a few tatami mats. One notable thing was a curtain set up in the middle of the gym, so that the inside was invisible from the outside.

Behind the curtain, Master Choi taught students one-on-one, teaching technique by technique in secret. No one knew how much any other student had learned. Only Master Choi and the individual student knew.

Training Life
Master Choi was extremely strict. Even in the one-on-one training, he showed no mercy. He would bend and kick relentlessly. However, it was not without recognition. He taught each technique sincerely and gently, though strongly. We could feel that he was teaching out of love. That's why we learned eagerly and sincerely.

He emphasized to us, "Never lose to others." He didn't encourage fighting but hated when we lost. He always said he was the best, so we had to always be the best. So we tried our hardest to be stronger than anyone and were acknowledged as the strongest outside the gym.

The Origin of the Term Hapkido

During the U.S. occupation of our country, the military training of stationed American troops included Eastern martial arts. Among them was a Japanese textbook that contained the term "Aiki-do."

One of Master Choi's students brought the book to him and asked, "Is this the martial art you teach?" Seeing the book, Master Choi said, "Yes, this is the martial art I teach." The story spread quickly and the martial art became known as Hapkido. I believe this story that I heard at the time is credible.

Master Choi's Escape

Master Choi was originally from Youngdong, Chungcheongbuk-do. I heard he was orphaned at a young age and adopted by a Japanese family, training in martial arts in Japan. He returned to Korea in 1946 and began teaching students.

However, from what I saw, Master Choi did not intend to systematically hand down the Hapkido tradition. He did not designate seniority between students. He only taught a secretive handful of students, so students from the same school didn't even know each other.

Master Choi had a son and a daughter. He had a fiery personality, direct, and very quick-tempered. He treated each person differently, maybe due to his difficult childhood and poverty. Also, he was in his 50s while we students were teenagers and 20-somethings, so it was difficult to get along. Of course, some neighborhood elders came to learn, but the students who trained seriously were hot-blooded youths, and they later became the pillars of Hapkido schools.

Master Choi was an outstanding person, gentle and reserved. I remember him with special feelings as the first person who taught me Hapkido. I sincerely wish Master Choi's soul to rest in peace.

2nd floor of a Makgeolli Factory, Hapkido Gym

Bokseob Seo was from a prestigious Daegu family. In his 20s he owned a makgeolli brewery. It was right after the war and there was little food, so crowds were lining up at dawn outside the makgeolli factory eager even for the dregs. No instructions were needed to queue up, and one day Choi Yongsool cut in line, sparking a brawl where he swiftly defeated the other man. According to Seo, it only took seconds. That's how strong Choi was.

Seeing this, Seo politely invited the older Choi to use the 2nd floor of his brewery as a gym and volunteered to become his student.

Bokseob Seo Leaves Hapkido
Seo taught Hapkido in Daegu until the 1960s. But in the 1970s after moving to Seoul, he stopped teaching Hapkido and instead did chiropractic therapy. I heard he held an executive position in that field and is still involved today.

I remember Seo as gentle and generous. As the son of a wealthy family, he received a proper college education. He always spoke softly and gave his students allowance while teaching, so almost every Hapkido practitioner from that time learned under Seo at some point.

It's regrettable that he stopped Hapkido later on. However, I can firmly say that Seo contributed greatly to establishing Hapkido in its early stages.

My Older Brother Inhyeok
I learned Hapkido together with my older brother. He trained just as passionately as I did and was one of the top Hapkido experts at the time. We have fond memories of exercising together as boys.

In the 1970s he left Korea to immigrate to the U.S. as an employee of Kuk Sool Won, giving up all activities in Korea. As I explained before, Inhyeok is my older brother. In the U.S. he established the World Kuk Sool Association and excellently promoted Kuk Sool, Korea's indigenous martial art.

By the way, Kuk Sool is a comprehensive martial art encompassing Hapkido, Kwonbeop, and weapon techniques. It has gained considerable recognition abroad. I remember my brother Inhyeok as an early member of Hapkido. I cherish the childhood memories of exercising together with my brother.

Hapkido Evolved around Kuk Sool Won, Sung Moo Kwan, and Shin Moo Kwan

Early Hapkido practitioners
After Master Choi began teaching Hapkido in the early 1950s, Hapkido gyms quickly sprang up around the nation. The early Hapkido gyms I remember in Daegu besides Masters Choi and Seo were Chang Inmok, Song Joonghwa, Kang Moonjin, Shin Sangcheol, Kim Jeongyoon etc. Their passion and devotion surely contributed to Hapkido's development.

Sadly, they left only personal histories without forming organized schools, while the 3 major schools discussed below produced over 80% of the nation's 4,000+ Hapkido gyms. So I will focus on these 3 schools.

The Arduous Pioneering Days of Hapkido
The early Hapkido gyms endured tremendous hardship. The national income was about $70 then, and gyms only collected 100 won per month per student. Despite the meager operation, students were vigorous youths with nothing but strong bodies. Both instructors and students exercised with overflowing passion, sharing joy and sorrow as they grew the gyms.

Students qualified as instructors and pioneered all over the nation as Hapkido missionaries. Local gangs were always severe, blocking gyms for months on end. They had to fight off dozens of challengers with 10-to-1 odds. I heard the founder of Sung Moo Kwan especially struggled against the infamous Jongno gangs.

This is how Hapkido evolved and grew. As I traveled nationwide, I met almost every famous local gangster. There were fights, but more reconciliation as we spent many years together. Hapkido quickly spread because our people have an innate talent for martial arts, and we earned recognition for our practical fighting ability. As a result, the number of gyms reached several hundred in the 1960s, spurring the establishment of the Daehan Kido Association in September 1963. The first president was Master Choi Yongsool.

Sung Moo Kwan practitioners
Ji Hanjae graduated from Daegu High School in 1956. Around 1958 he ran a Hapkido gym in Andong. Then in 1959 he went to Seoul and founded the Sung Moo Kwan gym, the first of its kind.

Hanjae and I were quite close since childhood (he was a year ahead at Daegu High). He exercised well and was good at fighting too. He always exuded confidence and was affectionate and gentle. As an instructor at the Blue House security service, he greatly contributed to promoting Hapkido. I can boldly say that. Today he lives in the U.S. leading the Shin Moo Hapkido Association as Grandmaster, highly respected.

Other early key members of Sung Moo Kwan were Hwang Deokgyu, Lee Taejoon, Kim Yongjin, Kim Younghan, Han Bongsoo, Choi Seoho, Myung Kwangsik (U.S. resident), Myung Jaenam (deceased), Kwon Taeman (U.S. resident), Kim Jipal (U.S. resident), Lee Deoggu, Kang Jeongsoo, Kim Jongtaek, Yoo Myungwoo, Song Ruwon, and security service members Oh Seelim and Park Sangbeom.

Shin Moo Kwan practitioners
Kim Moo-hong and I have a special relationship. He was my senior by one year at Daegu High, graduating in 1959. We have shared our whole lives. With his handsome looks, I'd describe him as a true Gyeongsangnam-do gentleman. He too was warm and gentle. However, it's regrettable that he stepped away from Hapkido leadership so early. Still, Shin Moo Kwan continues strongly today.

Other early key members of Shin Moo Kwan were Kim Jeongsoo, Lee Min-young, Kim Moojeong (Kim Moo-hong's younger brother), Won Kwanha, Na Indong, and Shin Donggi (overseas resident).

Kuk Sool Won practitioners
Kuk Sool Won Hapkido began in 1961 in Jungang-dong, Busan led by my brother Inhyeok Seo. As I explained before, Inhyeok is my older brother who graduated from Daegu High in 1957.

He's a truly kind person, always considering others first and trying to understand them. Currently, he lives in the U.S. where he established the World Kuk Sool Association and serves as president. He has become so famous that "Inhyeok Seo's Day" has been designated.

I can't leave out my oldest brother Inseok Seo, another key early member. He vigorously promoted Hapkido throughout the Jeolla-do region, enduring unbelievable hardship. But his efforts allowed Hapkido to take root there, a tremendous contribution.

Other early key members were Inseon Seo (myself, current president of the Korean Hapki-do Federation), Jungoh Lee, Jungwon Byeon, Jaeho Ko, Youngtae Ko, Saegi Byeon, Inseok Park, Changhyun Jo, Sejoon Kim, Hee Lee, Youngjun Pi, Changsoo Kim, Kwangjeong Kang, Jaryong Jo, Han-young Choi, Chongmoon Jin, Jinsu Jung, Seongjin Lee, Soonkil Jin, Seungjin Kim, Soobok Oh, Doyoon Lee who previously did Taekwondo but switched to Hapki-do, Jae Soo Jo who ran a gym at a young age, Joo-bang Lee currently leading Hwarangdo Association in the U.S., Hancheol Lee, Woottak Kim (Canada resident), Moojin Kim, and Ilwoong Heo who joined academia in the 1970s while running a gym, now a professor at Myongji University maintaining ties with Japan's Daito Ryu and China's Wushu.

The masters listed above ran Hapkido gyms in the 1960s. I regretfully cannot list every name as I don't remember them all.

<The history of Hapkido as told by Inseon Seo>

What kind of martial art is Kuk Sool Won?
I personally think it is a welcoming thing to hear that Kuk Sool is very popular these days. First of all, it is because my older brother, Seo Inhyeok, is the supreme authority in Kuk Sool, and I also inherited Kuk Sool and made 'Kuk Sool Won Hapkido' the single best martial art group in Korea.

However, I was offended by the strange rumors I heard all the time, and I decided to reveal them at this opportunity, because I thought that history should not be distorted.
Many of the stories about Kuk Sool are true in many respects. However, after hearing that Kuk Sool and Hapkido are completely different martial arts, I decided to correct the history.
When my older brother, Seo Inhyeok, was in his teens, he went to Do-ju Choi Yong-sul and received private lessons in Hapki-do. Like Seo Bok-seop, Ji Han-jae, and Kim Moo-hong, who were with us at the time, we also learned hard and became Choi Do-joo's recognized disciples.

After that, Seo Inhyeok and I formed 'Kuk Sool Won Hapkido', the third major branch of Hapkido, and enthusiastically developed its power. The power spread across the country in an instant, just like burning oil.

Until 1973, while increasing the power of Hapkido on one hand and seeking integration of Hapkido on the other hand, Seo In-hyuk transferred all authority over Kuk Sool Won to me and immigrated to the United States as a 'Hapkido instructor of the Korean Kido Association'. When

my older brother Seo Inhyeok left for the United States, there were about 10 Kuk Sool Won practices in the country. After that, in the early 1980s when I took over the Kido association meeting, it had grown into the best organization boasting about 100 studios.

- Korea Kido Association Meeting -

In May of 1983, with the will to integrate all Hapkido into Kuksoolwon Hapkido, I took over the Korea Kido Association by leading the Kuk Sool Won Hapkido organization. I was the first Hapkido person to serve as the president, and my older brother Seo Inhyeok was appointed as the president because he was my Hapkido senior and according to his will. And Ji Han-jae was a director of the Kido Association meeting in the 1980s.

At the time of the acquisition, 72 dojos were belonging to the Korea Kido Society, and the Kuk Sool Won Hapkido dojo, which I led, had about 100 dojangs, and as the two powers merged, the number of Hapkido halls more than doubled over the years.

However, as revealed previously, the appearance of the supreme power, Gyeong-hwan Jeon, put the Korea Kido Society in crisis, and the 'Saemaeul Hapkido' led by Mr. Jeon Gyeong-hwan bloomed splendidly for two years and withered away. Dojangs and other dojos who had escaped from this situation began to flock to the Korea Kido Association Meeting, marking the heyday of the Korea Kido Association Meeting. In 2002, when I was the president, there were about 850 branch offices.

Hapkido is Hapkido -

Master Choi is clearly the one who sowed Hapkido seeds in Korea. We are his students. Whether they are from Shin Moo Kwan, Sung Moo Kwan, or Kuk Sool Won, their ancestors perspired together with Master Choi at Hapkido's inception.

So it saddens me that some (or their descendants) now disavow Master Choi, saying they didn't learn Hapkido or that it's different. To deny one's ancestors is betrayal, in my eyes.

Having experienced the history of Hapkido with my whole body, while listening to the distorted story of Hapkido being practiced now, I promise to correct the history of Hapkido and reveal all the facts. This is so that descendants can properly serve their ancestors and the ranks of the top and bottom are properly organized.

Even now, the seniors of Hapkido must find the root of their ancestors and reveal their identity. In this way, Hapkido will be a completed martial art not only as a martial art but also as a courtesy and theory.

Choi Yongsul

I've heard claims that Master Choi taught haphazardly without forms, and his students created forms freely. More extremely, some even ridicule that Master Choi has no lineage in Japan. However, when introducing Hapkido in Korea, Master Choi was an accomplished martial artist fully qualified as a teacher. Though he did not seem to intend to systematically transmit Hapkido.

He privately taught students technique by technique. Students had different knowledge depending on what was transmitted to them. With this personalized transmission, students had different perspectives and were also creatively gifted. They would research what Master Choi taught, systemize and develop the techniques, then teach organizationally in their gyms, becoming the lubricant for Hapkido's rapid diffusion.

Master Choi was sharp and keen, strict and frightening to students. Students learned intently with sincerity to master each technique and passed them well to their students.

Hapkido Seniors Were Great -
I hear there are about 4,000 Hapkido gyms today. I am sincerely overjoyed. Looking back after starting with just a couple of gyms and tirelessly pioneering nationwide, I have special feelings.

How were so many Hapkido gyms possible? The answer in one word is the sweat and sacrifice of the early practitioners.

They did nothing but research Hapkido, eating, and sleeping in the gyms. From one technique they created hundreds of variations. They repeatedly tested on students, improving and modifying until perfecting what is now Hapkido.

When those who nibble at the pioneers' efforts say they "created Hapkido freely" or are "different from Master Choi," it is childish behavior. I ask the seniors to find your origins and clarify your identity. Only then can Hapkido be a fully realized martial art, not just technically but ethically and philosophically.

Additionally, I pondered deeply that if anyone can claim the ethnicity of any martial art and claim to have founded it, how confused the martial arts world will become with so many bogus names. I hope current gym leaders will think back 20 years and consider how many different martial art names were common back then.

Let us become proud Hapkido practitioners transcending factions and schools!

Hapkido in Korea has been described before, but it has been more than 50 years since Choi Yong-sul first founded Hapki-jujutsu in Daegu in 1954. In the 1960s, Hapkido grew significantly in the Korean martial arts world after Taekwondo, starting with Choi Yong-sul's Daegu headquarters, Ji Han-jae's Seongmugwan, Kim Moo-hong's Shinmugwan, Seo In-hyeok's Seo In-seon's Guksulwon, and Heo Il-woong's Guksulgwan. Hapkido grew and developed like bamboo shoots after rain.
In order to make this a central point, the Korea Kido Association was established on September 2, 1963, and the first president was Choi Yong-sul, Do-ju. Schools such as Seongmugwan, Kuk Sool Won, and Shinmugwan established themselves throughout the country.

However, as the next 10 years passed, more and more officials broke away from each faction, and Hapkido began to shake greatly. As a result, the instructors in charge of each sect continued to divide increasingly as they were limited in their scope of practice. In particular, in

the 2000s, as the national policy transferred the permission of corporations to local governments, the establishment of corporations was eased, and now about 40 Hapkido groups are in a state of brain death.

As the first generation of Hapkido, what I want to say to the instructors in charge across the country is to solidify the identity of our Hapkido even if there are a hundred corporations, and all practicing practitioners have the attitude of mind to make Hapkido the best martial art in Korea. I want you to think deeply about whether you will be able to do this.

In order for Hapkido to stand tall as the best martial art, it must transcend each faction, and the young practitioners who account for more than 70% of Hapkido, in particular, must make their own decisions to choose the way to go for Hapkido and make it known to all members. I think the grand system will be designed.

Not too long ago, I had a conversation with a high-ranking police officer about the issue of extra points at the National Police Agency. This person asked why there are so many organizations and corporations in Hapkido, and I couldn't help feeling ashamed and apologetic to them when I heard that Hapkido suffered a lot of disadvantages because of the social controversy caused by irregularity. In this way, I think it is time for us Hapkidoists to realize that if our Hapkido is separated and competed, it will become weaker and weaker.

Now, what allows Hapkido to inherit Korea's traditional martial arts and take its perfect place as the best martial art is to throw away absurd remarks about its history distortion or truth distortion, such as 'I am not Hapkido', 'I founded Hapkido', or martial arts by mentioning ancestors. We need to try and regain the original popularity of Hapkido when it was first founded in this land. I believe that the future of Hapkido will be opened only when all techniques are reorganized so that those who learn Hapkido can feel changes in their lives through better techniques and teachings, establish a large number of Hapkido members, and produce excellent practitioners who will open the future of Hapkido among them. do. I hope that all the practical directors who are working hard to spread Hapkido across the country will change their mindset and become proud Hapkidoers who transcend sects and sects.

The Foundation of Hapkido

After liberation, Hapkido opened a new chapter for traditional Korean martial arts as founded by Master Choi Yongsool. There were many activities by his students, but some who especially pioneered spreading Hapkido nationwide in its early days were:

Sung Moo Kwan's Ji Hanjae, Kuk Sool Won's Inhyeok Seo and Inseon Seo, Shin Moo Kwan's Kim Moo-hong, Hosinsul's Bokseob Seo, Song Moo Kwan's Song Joonghwa, Pyeong Moo Kwan's Kang Moonjin, Hankul Moo Sool (Kim Jongyoon), Eulji-gwan's Kim Yongjin, Hosindo's Lee Dongjoo, Kukje Yeonhab's Myung Jaenam, Yeonbi-gwan's Kim Jeongsoo, Yusim-gwan's Lee Minyoung, Won Moo Kwan's Won Kwanghwa, and more. These Hapkido practitioners laid its foundation.

We Must Join the Korean Olympic Committee with One Mind One Heart

Over 50 years since Hapkido's founding, there are over 3,000 gyms and around 40 associations and corporations throughout the nation, not to mention the many martial arts derived from Hapkido.

Now, as traditional martial artists, we should return to the mindset from its beginnings and think only about Hapkido's development. Hapkido practitioners must unite as one, integrating with a united stance. To do so, we must hurry to gain entry into the Korean Olympic Committee and consult with authorities.

We Must Establish a Philosophy to Inherit the Hapkido Founding Spirit

The significance of Hapkido's founding was to re-compile the excellent self-defense techniques of our ancestors and spread their skills and spirit to all citizens, nurturing Hapkido practitioners with martial ethics and patriotism. The spirit was obedience and loyalty – devotion to country, serving parents, respecting masters, attending seniors, and loving juniors. Etiquette was valued over knowing one more technique.

With this spirit as a foundation, Hapkido practitioners must establish their own martial arts philosophy. Then acts of betraying masters, disregarding seniors, encouraging fragmentation, disrespecting and backbiting each other, and other behaviors obstructing Hapkido's development should disappear from the Hapkido world.

Also, martial arts claiming self-creation or invoking ancestors with ulterior motives should not set foot on this land. All gym leaders and senior instructors must build a society where truth prevails in Hapkido.

Furthermore, our martial arts community must not commit the error of being dismissed by the general intellectual class. We must walk a clear path based on solid ideology and the strong spirit of martial artists – deeply valuing etiquette and a martial ethic for national defense.

We must contribute to a society of self-improvement with our vitality of mind and body and martial arts philosophy. By gaining respect from the public, we can also secure more members. Along with Taekwondo, Hapkido should fully establish itself as an outstanding martial art for self-defense.

All gym leaders and senior instructors must make their best efforts so our Hapkido can stand tall once again in this land – that is my earnest hope.

I appreciate Martial Arts Newspaper for providing the space to serialize the history of Hapkido.

‹ 도주님 관련정보 소개



오늘의 카카오가 궁금하다면?
카카오소식 보러가기

## 서인선 총재의 합기도 역사 회고록

합기사랑 | 07.01.02 | 403

목록   댓글 0

 

출처 : 무예신문

서인선(사단법인 한민족합기도무술협회 총재)

나의 어린시절

-합기도의 입문

나는 경북 군위군 의흥면출신이다. 중학교때 까지는 그곳에서 평행봉과 철봉 등으로 혼자 운동을 하였다. 어린시절은 누구나 그러하듯이 나도 남에게 지는 것을 싫어했었고 또 6.25전쟁이 끝난 지 얼마되지 않은 상태라서 항상 사회는 긴장속에 있었으며 많은 사람들이 나름대로 운동을 열심히 했었던 것으로 기억한다.
나는 내 또래의 아이들보다 유난히 강했고 그래서 나를 이기는 아이들이 없었다. 그리고 17세되는 때 나는 대구상업고등학교에 입학을 하면서 유학생활을 시작하였다.
대구에서 나는 특이한 무술에 대한 소문을 들었다. '야와라'라는 그것이 엄청 강해 누구도 이길수 없다는 것이다. 심지어 서복섭이라는 분은 차돌을 잡으면 가루가 된다는 소문도 있었다.
"그래 그럼 나도 배워보자" 마침 나의 형 서인혁이는 먼저 '야와라'를 배우고 있어서 쉽게 도장을 방문할수 있었다.
당시에는 도장이 2개가 있었는데 하나는 최용술이라는 분이 운영하는 것이었고 또 하나는 서복섭이라는 분이 운영하고 있었다. 나는 처음에 최용술이란 분을 찾아가서 배우기 시작했다.
15평정도 크기 도장의 첫인상은 우선 환경이 너무 열악했다. 벽에는 그림 한장없이 썰렁했고, 바닥에는 다다미 몇장이 깔려있는 것이 전부였다. 그중에도 특별한 것은 도장가운데 커튼이 쳐져 있었고 커튼섬이 안쪽은 바깥에서 볼수가 없도록 해놓았다.
커튼안에서 은밀하게 한수,한수를 비밀스럽게 1대1로 최용술선생님이 지도하고 그 안에서 누가 얼마나 배웠는지는 아무도 몰랐다. 최용술선생님과 당사자만이 알수 있었던 것이다.

수련생활
최용술선생님은 대단히 엄격했다. 1대1의 수련에서도 봐주시는 법이 없었다. 가차없이 꺾었고 가차없이 발로 찼다. 하지만 인정이 없었던건지 아니다. 한수,한수를 정말 정성스럽게 지도하셨고 강했지만 부드러운 분위기속에서 수련이 이어졌다. 우리는 최선생님이 사랑으로 지도하고 있다는 것을 얼마든지 느낄수 있었고 그래서 참고 진심으로 열성적으로 배웠다고 자부한다.
"절대 남에게 지지 말라"고 최선생님은 우리에게 강조를 했다. 싸움을 조장했던 것은 아니지만 싸워서 지는 것을 무척 싫어하셨다. 본인도 항상 최고라고 말씀하셨고 배우는 우리들도 항상 최고가 되어야 했다. 그래서 우리는 누구보다 강하려고 노력했고 정말 도장밖에서는 강하다고 인정을 받았다.


'합기도'의 어원
우리나라에 상주해 있는 미군들의 군사훈련에는 동양무술도 포함되어 있었다고 한다. 그중에서도 일본교본이 있었는데 책명에 "合氣道(아이기도)"라는 용어가 포함되어 있었다고 한다.
그것을 본 최용술선생님의 제자한명이 그것을 가지고 최선생님에게 보여주며 "이것이 선생님께서 가르치시는 무술입니까?"라고 물었고 그것을 본 최선생님은 "맞다. 이것이 내가 지도하는 무술이다"라고 말씀하셨다고 한다. 이말이 급속도로 퍼져서 합기도라는 무술로 불리우게 되었다고 한다. 내가 그당시 들은 이야기로 신빙성이 있다고 생각하고 있다.


도주 최용술
최용술선생님은 충북영동 출신으로 어린시절 고아로 자라 일본으로 양자되어 갔다고 했다. 일본에서 다케다소가쿠라 사람을 만나 무술을 연마하고 1946년에 귀국하여 제자들을 양성하였다. 그런데 내가 보기로는 최용술선생님은 합기도를 체계적으로 전통을 이을 생각이 없었던 것이 보였다. 제자간에 선후배를 지정하시지 않았고 비밀로 몇몇 제자에게만 지도하여 같은 문하생끼리도 누가 누군지를 몰랐을 수도 있는 정도였다.
최용술 선생님은 슬하에 1남1녀의 자녀를 두셨는데 성질이 깐깐하시고 단도직입적이었으며 무척 성질이 급했다. 불우한 어린시절과 가난한 환경때문인지 대하는 사람마다 각각 처우가 달랐다. 더구나 당시 선생님의 나이는 50세였고 문하생들은 10대~20대들이었기 때문에 잘 어울리지 못했던 것으로 기억한다. 물론 동네 어르신들도 배우러 오긴 했지만 본격적으로 배운 사람들은 혈기 왕성한 '젊은이'들이 였고 나중에 이들이 합기도무술의 한자리씩을 차지하게 된 것이다.
최용술선생님은 결출하신 분이셨고 섬세하고 과묵했던 분으로 기억한다. 1989년에 타계하신 최용술선생님에 대해 나는 최초로 합기도를 배운 사람으로서 감회가 남다르다. 이자리를 빌어 진심으로 최용술선생님의 명복을 빈다.


막걸리공장 2층, 합기도도장
서복섭씨는 대구에서 명문집안 자제로 20대에 서복섭씨는 막걸리공장의 사장을 하고 있었다. 전쟁직후라서 먹을 것이 없었고 막걸리를 걸른 찌거기라도 먹으려고 막걸리공장은 새벽부터 그야말로 문전성시를 이루었다. 줄을 서서 차례를 기다리는 것은 누가 가르쳐주지 않아도 되었고 그중에 최용술이란 사람이 끼어 있었다.
그런데 갑자기 순서를 지키지 않고 끼어 드는 사람과 최용술은 난투극을 벌어였고 어떤 남자는 순식간에 제압이 되었다. 서복섭씨에 의하면 불과 몇초만의 상황종료였다고 표현했다. 그만큼 최용술은 강했다.
이를 지켜본 서복섭은 최용술이란 나이많은 사람을 정중히 초청하여 막걸리공장 2층에 도장을 차려주고 스스로 문하생을 자청하였다고 한다.


합기도를 떠난 서복섭
서복섭씨는 대구에서 60년대까지는 합기도를 한것으로 알고 있다. 그런데 70년대에 서울로 이사하여 합기도를 그만두고 당시 지압이란 '카이로프라틱'을 했다고 하던다. 그분야에서 임원도 했고 현재도 그쪽일에 관여하고 있다고 들었다.
서복섭씨는 인품이 온화하고 넉넉했었다고 난 기억한다. 부유한 집안의 아들로 대학까지 정규교육을 제대로 받았다. 항상 조용조용한 말투와 문하생들에게 용돈을 주어가며 지도하여 그 당시의 합기도인이면 모두 서복섭을 거쳐갔다고 해도 과언이 아니다.
이후 합기도를 그만둔 것은 우리로서는 안타까운 일이다. 어떤 이유든지 서복섭씨가 합기도의 초반에 공헌을 했다고 나는 단언할수 있다.


나의 형, 서인혁
나는 형과 함께 합기도를 배웠다. 형도 누구못지 않게 열심히 운동했고 당시 몇 안되는 합기도 고수 중에 한명이었다.

❮ 도주님 관련정보 소개

참고로 '국술'은 합기도와 권법, 무기술을 아우르는 종합무술이라고 할수 있는데 외국에서는 상당한 호평을 받고 있다. 나의 형 서인혁도 초창기의 합기도멤버로서 나는 기억한다. 형과 함께한 어린시절의 운동에 대한 추억을 나는 소중히 간직하고 있다.

성무관, 신무관, 국술원을 중심으로 합기도는 진화되었다.


-초창기 합기도인
50년대 초 최용술선생님께서 합기도를 보급하면서 급속하게 합기도도장이 늘어 나기 시작하였다. 당시의 합기도도장들을 살펴보면 대구에서 최용술선생님과 서복섭관장님 외에 장인묵관장(장관장은 일본 대통류아이기도 5단증을 소유하고 있었으며 합기도보다는 지압에 더 집중하였던 것으로 기억한다), 송중화관장(송무관), 강문진관장(평무관), 신상철관장(광무관), 김정윤관장 등이 있었고 이분들은의 열정과 헌신적인 노력으로 합기도가 발전하는 계기가 되었던 것은 틀림이 없다.
하지만 아쉽게도 이분들은 조직적인 계파를 형성하지 못하고 개인적인 이력으로만 남게 되었고 앞으로 전개되는 성무관, 신무관, 국술원 등 3개계파가 배출한 합기도도장이 전국 4000여도장의 80%이상을 점유하게 되어 나는 이 3계파에 대하여 집중적으로 이야기를 하고자 한다.


-합기도의 험난한 개척시대
합기도는 불과 50년역사도 안돼 국내 뿐만 아니라 해외에서도 인정받는 무술이 되었다. 하지만 초창기때의 합기도도장은 수많은 고난을 겪어야 했다. 당시 국민소득은 70불 정도였고 도장에서 관원들에게 받는 돈은 불과 100원이었다. 이러한 영세한 운영에도 도장에 오는 관원들은 그야말로 몸과 힘만 있는 젊은이들 이였다. 그러나 사범이나 수련생들은 넘치는 열정으로 운동을 하였고 희노애락을 함께하며 도장을 키워갔다.
운동을 배운 관원들은 사범의 자격이 되어 합기도의 전도사로서 전국으로 개척을 시작하였다. 항상 지역의 텃세는 거칠었고 지역건달들은 도장에 버티고 서서 한달, 두달 도장에 들어가지 못하게 막아서기 일쑤였으며 심지어는 10대1로 싸움을 하거나 수시로 밀려오는 도전장을 받아 수십차례 싸움을 해야만 했다. 특히 성무관장시자인 지한재관장은 종로에 도장이 있어 그 유명한 종로건달을 맞아 힘겨운 싸움이 연속이었다고 들었다.
합기도는 이렇게 진화하고 성장하였다. 나도 전국을 다니면서 지역의 유명한 건달들은 거의 만나보았다. 그들과 싸움도 했지만 회유하고 화해하면서 보낸 수많은 세월들이 추억의 응어리로 남아 있다.
합기도가 빨리 성장한 이유는 우리 국민들의 천부적인 무술재질과 또한 실전에서 쌓은 실력이 인정받았다고 볼수 있다. 이런 결과 60년대 수백개의 도장이 형성되는 기록이 생겼고 급기야 이를 조직화하려고 63년에 (사)대한기도회를 창설하게 되었으며 초대 총재는 최용술 선생님이었다.


- 성무관사람들
지한재관장은 대구공고를 56년에 졸업하여 58년경 안동에서 합기도도장을 운영하였다. 이후 59년경에 서울에 상경하여 '성무관'이란 도장을 개관하였는데 이것이 최초의 '성무관합기도장'이라고 할수 있겠다.
지한재관장은 어릴적부터 나와는 상당히 친하게 지내온 운동도 잘했지만 싸움도 꽤 잘했다. 그리고 항상 자신감이 넘치는 모습이었으며 인정이 많고 부드러운 사람이라고 기억하고 있다. 청와대에서 경호실사범으로 있으면서 한층 더 합기도가 자리잡는데 공헌했다고 감히 말할수 있다.
지금은 지한재관장이 미국에서 '신무합기도협회'를 창설하고 도주로서 추앙을 받고 있는 것으로 알고 있다.
성무관의 초창기 멤버들을 나열하면 황덕규관장, 이태준관장, 김용진관장, 김영한관장, 한봉수관장, 최세호관장, 명광식관장(미국거주), 명재남관장(작고), 권태만관장(미국거주), 김지팔관장(미국거주), 이동구관장, 강정수관장, 김종택관장, 유명우관장, 송류원관장등이며 오세림씨와 박성범씨는 경호실 요원으로 근무했다.


-신무관사람들
김무홍관장은 나와는 각별한 사이다. 나의 일년선배이며(대구상고) 1959년 대구상고를 졸업했으며 일생을 함께한 사람이다. 잘생긴 얼굴에 진정 호남형의 인물이라고 평가하고 싶다. 김관장 역시 인간적으로 따뜻하고 부드러운 심성을 가지고 있었다. 하지만 실무에서 너무 일찍 손을 떼고 일선에서 물러난 것이 참으로 아쉽다. 그래도 신무관은 현재까지 면면히 이어지고 있어 다행이다. 신무관의 초창기멤버들을 열거하면 김정수관장, 이민영관장, 김무정관장(김무홍관장 동생), 원관하장, 나인동관장, 신동기관장(외국거주)등이라 할수 있다.


-국술원사람들
국술원합기도는 61년에 부산 중앙동에서 서인혁관장을 중심으로 시작되었다. 지난번에 밝혔듯이 서인혁관장은 나의 형이며 1957년 대구상고를 졸업했다. 서관장도 정말 인간성 좋은 사람이다. 항상 타인을 먼저 배려할 줄 알고 상대방을 이해하려고 노력하는 사람이다. 현재는 미국에서 세계국술협회를 창설하고 총재로 있으며 해외에서 더 인정받고 있고 '서인혁의 날'이 제정될 정도로 유명하다.
국술원의 초창기멤버들을 열거하면 먼저 나의 큰형 서인석관장을 빼놓을수 없다. 서관장은 전라도지역을 다니면서 합기도보급에 무척 힘쓴 사람이다. 서관장이 겪은 고통은 글로 다 쓸수가 없다. 하지만 그런 결과로 전라도지역에 합기도가 자리잡은 것은 커다란 공과라고 인정해야 한다.
서인선관장(현 한민족합기도무술협회 총재),이정오관장, 변정원관장, 고재호관장, 고영태관장, 변세기관장, 박인석관장, 조정현관장, 김세준관장, 임희이관장, 피영준관장, 김창수관장, 강광정관장, 조사룡관장, 최한영관장, 진종문관장, 정진수 관장, 이성진관장, 진순길관장, 김승진관장, 오수복관장, 태권도를 하다가 합기도를 한 이도윤관장 그리고 어린나이에 도장을 운영한 조재수관장, 현재 미국에서 화랑도협회를 운영하고 있는 이주방관장, 이한철관장, 김우탁관장(카나다거주), 김무진관장이 있으며 또한 허일웅관장은 도장을 운영하면서 70년대에 학계로 진출하였고 현재는 명지대교수로면서 일본대통류와 중국의 우슈와 관계를 하고 있는 것으로 알고 있다.

위에 열거한 관장들이 60년대 합기도 도장을 운영하였던 사람들이며 모든 관장의 이름을 다 기억 하지 못하여 기재하지 못한 점을 이해하여 주시길 바랍니다.


<서인혁 총재가 말하는 합기도의 역사>


- 국술원은 어떤 무술인가-
요즘 국술이 많이 인기가 있다는 소리를 듣고 내 개인적으로는 반가운 일이라 생각한다. 우선 국술의 최고권위자가 나의 형 서인혁이고 나 또한 국술을 물려받아 '국술원합기도'를 우리나라 최고의 단일 무술 단체로 만들었고 이끌었기 때문이다.

하지만 항간에 들리는 엉뚱한 소문에 나는 기분이 언짢아 있고 그것을 이번 기회에 밝혀야겠다고 마음을 먹었으며, 그 이유는 역사는 왜곡해서 안 된다고 생각하였기 때문이다.
국술에 관한 여러 이야기는 많은 면에서 사실이다. 그러나 국술과 합기도가 전혀 다른 무술이란 것을 듣고 나는 역사를 바로 잡아야겠다고 판단했다.
나의 형 서인혁은 10대시절에 최용술도주를 찾아가 합기도 개인지도를 받았다. 그당시 함께한 서복섭, 지한재, 김무홍처럼 우리도 열심히 배워 최도주한테 인정받는 제자가 되었다.

그후 서인혁은 나와 같이 합기도의 3대계파인 '국술원합기도'를 형성하고 열성적으로 세력을 키워갔다. 그 기운은 기름에 불붙인 것처럼 삽시간에 전국으로 세력은 퍼져나갔다.

❮ 도주님 관련정보 소개

로 이민을 떠났다. 나의 형 서인혁이 미국으로 떠날 때 전국 국술원의 도장 수는 10여 개였다. 그 이후 내가 기도회를 인수할 80년 초에는 100여개의 도장 수를 자랑하는 최고의 단체로 성장하였다.


- 대한기도회-
나는 국술원합기도로 모든 합기도를 통합하겠다는 의지로 83년 5월에 국술원 합기도조직을 이끌고 대한기도회를 인수하였다. 합기도인으로서는 처음으로 내가 회장을 맡았으며 형인 서인혁은 나의 합기도선배이기 때문에 그리고 본인의 뜻에 따라 총재로 추대하였다. 그리고 지한재는 80년대 기도회 이사로 있었다.
인수당시 대한기도회의소속 도장은 72개였고 나가 이끌던 국술원합기도는 100여개의 도장이었으며 두 세력이 합쳐 해를 거듭할수록 합기도장은 두배이상으로 늘어 나갔다.
하지만 전회에서 밝힌 대로 전경환이란 최고 권력자의 출현은 대한기도회를 위기로 빠트렸으며 전경환씨가 이끌던 '새마을합기도'는 2년동안 화려한 꽃을 피우고 사그러졌다. 이를 전화위복으로 빠져나갔던 도장과 다른 소속의 도장들이 대한기도회를 몰려오기 시작하여 대한기도회의 전성기를 맞이 하였다. 2002년 내가 회장으로 재직시 850여개 지관이 있었다.


- 합기도는 합기도다-
최용술도주는 분명 우리나라에 합기도의 씨를 뿌리신 분이다. 그리고 우리는 그의 제자들이다. 지금의 신무관출신이든 성무관출신이든 국술원출신이든 그 조상들은 최용술도주와 함께 합기도의 태동을 위해 땀을 흘린 합기도역사의 창조자들이다.
이런 그들이(혹은 그의 후손들이) 이제와서 최용술도주를 부인하고 합기도를 배우지 않았다고 한다거나 합기도와 다르다고 하는 것은 조상을 배반하는 행위이기 때문에 서글프다.

합기도역사를 온 몸으로 겪어온 내가 지금 행해지는 합기도의 왜곡된 이야기를 듣고 있으면서 반드시 합기도의 역사를 바로 잡고 모든 사실을 밝히리라 다짐한다. 그래야 후손들이 자기 조상들을 똑바로 모시고 위아래의 서열이 제대로 정리가 되기 때문이다.
이제라도 합기도의 선배들은 자기의 조상의 줄기를 찾고 자기정체성을 밝혀야 한다. 그래야 합기도는 무술로서만이 아닌 예의와 이론으로서도 완성된 무예가 될것이다.


- 최용술-
합기도를 비하하는 말중에 최용술 도주는 형이 없이 마구잡이로 지도를 하였고 그 제자들이 마음대로 형(形)을 만들었다는 이야기를 듣는다.
더 심하게는 최용술도주가 일본에는 족보도 없다는 비아냥도 한다고 들었다. 하지만 최용술을 우리나라에서 합기도를 보급할만 상당한 무술의 고수였고 충분히 지도자로서의 자질을 가지고 있었다. 그러나 그는 합기도를 체계적으로 보급하려는 뜻이 없었던 듯했다. 도주에게 찾아온 제자들에게 직접 한수 한수 은밀하게 전수하였고 제자들끼리로 물려받은 수가 달랐다. 이렇게 전수받은 제자들은 입장이 달랐고 그들은 창의적인 능력도 뛰어났다. 도주로부터 한수를 배우면 나름대로 연구하여 수를 체계적으로 정리하고 개발. 그리고 그들이 개발한 수는 도장에서 조직적으로 전수되었고 합기도가 급속도로 전파되는 윤활유가 되었다.
최도주는 날카롭고 예리했으며 제자들에게는 엄격하고 무서웠다. 제자들도 빈틈없이 정성을 다 배워 익혔고 그들의 제자들에게 잘 전달하였다.


- 합기도의 선배들은 위대했다-
요즘 합기도 도장이 4,000여개가 된다고 한다. 나는 실로 감개무량하다. 두서너개의 도장이 있을때 합기도를 시작해서 전국으로 물불을 가리고 않고 활동하다 이제와서 돌아보면 남다른 감회가 있다.
이렇게 많은 합기도장은 어떻게 가능하게 되었을까. 그것의 해답은 초창기 합기도인들의 땀과 희생이라고 한마디로 단정한다.
그들은 도장에서 먹고 자면서 오로지 합기도만을 연구했다. 한가지 수에서 수백가지의 형을 만들어 냈다. 그리고 제자들에게 수없이 적용하여 보완하고 수정해 완성한 것이 지금의 합기도다.
이렇게 노력한 선배들에게 '합기도를 마음대로 만들었다'느니 '최도주와 다르다'느니 하면서 입을 놀리는 것은 어린아이같은 행동이다. 이순간에도 묵묵히 합기도의 발전을 위해 도장에서 정성을 다해 노력하는 합기도인에게 격려의 뜻을 전한다.

한가지 첨부하여 기록에 남기려는 것은 하나의 무술을 사족직화 하여 자기가 창시한 것 처럼 말을 한다면 앞으로 얼마나 많은 사람들이 엉뚱한 무술 이름으로 무술계를 흐트려 놓을 것인가를 깊이 생각했으면 하는 마음이다. 지금부터 20년만 뒤로 돌아가면 요사이 흔한 무술의 이름이 우리나라에 몇 가지나 있었는지 지금 실무 사범 관장은 생각해주길 바란다.

계파,분파 추월하는 자랑스런 합기인이 되자


우리나라 합기도는 앞에서도 기술하였지만 1954년 최용술 선생님께서 처음으로 대구에서 합기유술을 창시하신지 50여년이 흘렀으며 그 이후 서복섭 선생의 유술관, 안동에서 지한재 관장의 합기도장 등 합기도의 시작은 몇 개 도장에 불과하였다. 1960년대 들어 합기도는 한국 무술계에서 태권도 다음으로 크게 성장하여 최용술 선생님의 대구 본부를 위시하여 지한재 관장의 성무관, 김무홍 관장의 신무관, 서인혁 서인선 관장의 국술원 허일웅 관장의 국술관 등 몇 개의 분파로 합기도는 우후죽순처럼 성장 발전하였다.
이를 하나로 구심점을 만들기 위하여 1963년 9월 2일 대한기도회가 설립되었고 초대 총재는 최용술 도주님이었으나 회장, 이사, 대의원이 대다수 비합기도인이였기에 최용술 도주님은 기도회와 인연을 끊으니 합기도는 10년이상 성무관 국술원 신무관 등 유파로 전국에 자리를 잡게 되었다.

그러나 그 후 10년이 흐르는 동안 합기도는 각 문파에서 이탈한 더욱 많은 관이 발생하여 합기도는 크게 흔들리기 시작하였으며 이에 따른 각계파의 관장 사범들은 이렇게도 저렇게도 하지 못하면서 더욱더 분파가 계속되었다. 특히 2000년대에 들어서면서 국가 정책이 법인의 허가를 지방 자치제에 이관하였으므로 사단법인 설립이 완화되어 지금은 합기도 단체가 40여 개에 이르는 난립된 모습으로 뇌사상태에 빠져있다.

나는 합기도의 1세대로써 전국 관장 사범들에게 말하고 싶은 것은 법인이 백 개가 되어도 우리 합기도의 정체성을 굳건히 하고 모든 실무자 유단자들은 합기도를 우리나라 최고의 무술로 만들겠다는 마음의 자세를 가지고 어떻게 하면 합기도가 완전한 자리 메김을 할 수 있을 것 인가를 깊이 고민해주길 바라는 마음이다.

합기도가 최고의 무술로 우뚝 서기 위해서는 각 계파를 초월하여 합기도 실무 관장 사범 특히 합기도의 70% 이상을 차지하는 젊은 실무 관장 사범들이 스스로 판단하여 합기도의 나갈 길을 선정하고 이것을 모든 회원들에게 인식시켜야 합기도의 백년대계가 설계 될 것이라고 생각한다.

나는 얼마 전 경찰청 가산점 문제로 경찰 고위 간부를 만나 대화를 하였는데 나는 합기도 하는 사람으로써 부끄럽게 생각을 할 수 밖에 없었다. 이분의 말씀이, 합기도는 왜 이렇게 단체와 법인이 많으냐고 물으면서 합기도 단증이 부정확으로 인한 사회적 물의 때문에 합기도가 많은 불이익을 받는다는 말을 듣고 그분들에게 부끄럽고 미안한 마음을 금할 수 없었다. 이렇듯 우리 합기도가 분리되어 갈팡질팡 하면 점점 더 약해 진다는 것을 우리 합기도인들이 자각할 때가 되었다고 생각한다.

이제는 합기도가 한국의 전통무예의 맥을 잇고 최고의 무예로 완전한 자리를 잡을 수 있도록 하는 것은 역사 왜곡 이나 진실 왜곡 즉 '나는 합기도가 아니다', '내가 합기도를 창시했다', 혹은 조상을 들먹이면서 무술을 창시 하였다니 하는 망언을 이제 머리에서 던져 버리고 합기도가 이 땅에 처음 창시되었을 때 그 인기를 다시 찾을 수 있도록 노력하는데 있다. 모든 술기를 재정립하여 합기도를 배우는 사람들에게 더 좋은 술기와 가르침을 통한 삶의 변화를 느낄 수 있도록 하고, 많은 합기도 회원을 확립하고 그 중 합기도 미래를 열 우수한 유단자들을 배출해야 합기도의 미래가 열릴 것으로 생각한다. 전국에서 합기도 전파를 위하여 노력하는 모든 실무 관장 사범들은 마음 가짐을 다시하고 계파 분파를 초월하는 자랑스런 합기도인이 되어 주길 바라는 마음이다.

‹ 도주님 관련정보 소개

해방과 더불어 대한민국의 새로운 무술의 장을 연 전통무술 합기도는 최용술 도주님의 창관 이후 그의 산하의 많은 사람들의 활동이 있었으나 그래도 국내의 초창기 합기도 보급을 위해 동분 서주 활동한 합기도인 중에는 성무관 지한재, 국술원 서인혁 서인선, 신무관 김무홍, 호신야와라 서복섭, 송무관 송중회, 평무관 강문진, 한풀 (김종윤), 을지관 김용진, 호신도 이동주, 국제연맹 명과남, 연비관 김정수, 유심관 이만영, 원무관 원광회, 비룡관 황덕규 등 많은 합기도인이 활동해 이 무술의 기틀을 마련하였다.

한마음 한뜻으로 대한체육회 가입해야한다

합기도 창립이래 50년 이상이 흐르는 동안 전국 3000여 합기도 도장과, 군소법인 40여개 그리고 합기도로 부터 파생한 많은 무술들이 난립하고 있다.

이제는 우리 합기도가 전통무술로서, 국민 속에 자리매김하면서 처음 시작될 때와 같은 심정으로 오직 합기도 발전을 위한다고 생각하고 합기도인은 하나가 되어, 한 마음 한 뜻으로 통합하여 통일된 모습으로 되살아 나야 한다. 그렇게 하기 위하여 하나된 실체로 체육회 가입도 서둘러야 하고 관계 당국과 협의해야 할 것이다.

합기도 기초정신을 계승할 철학을 세워야 한다

합기도가 처음 창관했을 때 그 의의는 우리 조상들이 남긴 훌륭한 호신 무술을 재 집대성하여 그 술기와 정신을 온 국민에게 보급하고 상무정신과 호국정신을 기르는 합기도인이 되기 위함이었다. 그 정신을 중요건예 즉, 국가를 위하는 마음, 부모를 섬기는 마음, 스승을 존경하고 선배를 섬기고 후배를 사랑하는 마음, 술기 하나 더 아는 것 보다 예의를 중시하는 마음이 있었다.

위의 정신을 바탕으로 합기도인 만의 무예 철학을 세워 다시는 스승을 배반하는 행위, 선배를 무시하는 행위, 난립을 조장하는 행위, 서로 존경하지 않고 헐뜯는 행위 등 합기도 발전에 저해되는 행동은 합기도 세계에서 없어져야 한다.

또한, 무술이 어느 사이비 종교처럼 자기가 창설했다느니, 조상을 들먹이는 속이 들여다 보이는 무인은 이 땅에 발을 붙이지 못하는 사회를 모든 실무 관장 사범 유단자들은 합기도 백년 대계를 위하여 만들어야 할 것이다. 더욱이, 우리 무도계는 일반 지식층에 무시 당하는 우를 범하지 말아야 할 것이다.

일반 사람과 특히 식자들에게 확고한 이념과 무술인의 굳건한 정신, 즉 예를 중히 여기고 상무 정신에 입각한 뚜렷한 길을 걸어 나가고 있으며, 이렇게 합기도인들도 개선되는 사회, 정진하는 체력과 정신으로 우리나라를 이끌어 나가고 있다는 점을 무인만의 철학을 가지고 사회에 이바지해야 할 것이다.

국민들에게 존경을 받아야 더 많은 회원 확보도 가능하며 무술 중 태권도와 더불어 우리 합기도가 명실 상부한 격기 호신 무술로 자리 매김 하도록 실무 관장 사범 유단자들은 최선의 노력을 해야만 우리 합기도가 다시 이 땅에 우뚝 설수 있을 것임을 명심하여 주기를 바라는 마음이다.

아울러 합기도 역사를 연재하도록 지면을 제공해 주신 무예신문 관계자와 독자 여러분께 감사드립니다.

⋯

---

열여섯 우리 손자는 야간 경비, 택배기사입니다    [ 바로가기 ]

| 댓글 0 | 댓글쓰기 | 답글쓰기 |
| --- | --- | --- |

도주님 관련정보 소개 다른글    ‹ ●○○○○ ›

최용술 도주님 비문 소개
서인선 총재의 합기도 역사 회고록
한독합기도인님의 합기도 원로와의 만남
월간 합기도 창간호 - 수덕관을 찾아서
'최용술선생 수도기' /1962년 합기술

↑ 맨위로

로그인 · 전체보기 · PC화면 · 카페앱 · 서비스 약관
청소년보호정책 · 카페 이용 약관 · 상거래피해구제신청 · 개인정보처리방침

© Kakao Corp.

Photograph of In Hyuk Suh with his real instructor, Master Choi

