United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Sung Jin Su, § | |
|    *Plaintiff/Counter-Defendant*, § | |
| § | |
| v. § | Civil Action H-23-3215 |
| § | |
| Gaya Won, LLC, § | |
| World Kuk Sool Association, Inc, § | |
| and WKSA, LLC, § | |
|    *Defendants/Counter-Plaintiffs/* § | |
|    *Third-Party Plaintiffs*, § | |
| § | |
| v. § | |
| § | |
| Alex Paul and Chris Pak, § | |
|    *Third-Party Defendants*. § | |

## ORDER OF ADOPTION

On December 23, 2024, Magistrate Judge Peter Bray recommended that Third-Party Defendant's motion to dismiss be granted for lack of personal jurisdiction. (D.E. 138.) Third-Party Plaintiffs filed objections. (D.E. 145.) Third-Party Plaintiffs' objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on January __7__, 2025.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE