United States District Court
Southern District of Texas
**ENTERED**
January 08, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Sung Jin Su, | § | |
| *Plaintiff/Counter-Defendant*, | § | |
| | § | |
| | § | |
| v. | § | Civil Action H-23-3215 |
| | § | |
| Gaya Won, LLC, | § | |
| World Kuk Sool Association, Inc, | § | |
| and WKSA, LLC, | § | |
| *Defendants/Counter-Plaintiffs/* | § | |
| *Third-Party Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| Alex Paul and Chris Pak, | § | |
| *Third-Party Defendants*. | § | |

**ORDER OF ADOPTION**

On December 23, 2024, Magistrate Judge Peter Bray recommended that
Counter-Defendant's motion for summary judgment be granted in part and denied
in part, Third-Party Defendant's motion for summary judgment be granted,
Defendant's motion for summary judgment be granted in part and denied in part,
and Counter-Defendant and Third-Party-Defendant's motions to dismiss be denied
as moot. (D.E. 139.) Defendants filed objections. (D.E. 146.) Defendants' objections
are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on January 7, 2025.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE